

DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Joseph G. Sansone, Unit Chief (Market Abuse Unit)
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281

Robert A. Cohen, Unit Chief (Cyber Unit)
Headquarters
100 F Street, N.E.
Washington, District of Columbia 20549

Michele Wein Layne, Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>Defendants. | Case No.  **CV18-4315-DSF(JPRx)**<br><br>**DAVID S. BROWN DECLARATION EXHIBITS NO. 40 TO NO. 72**<br><br>**(FILED UNDER SEAL)** |

# EXHIBIT 40



# United States Patent and Trademark Office

*Office of the Commissioner for Trademarks*

March 12, 2018

THIS IS TO CERTIFY that I, Charles Joyner, performed a search of the United States Patent and Trademark Office's (USPTO) Trademark database using X-Search Version 2.1.5 for any U.S. Trademark Applications applied for or U.S. Trademark Registrations issued to Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc. for the following terms and variations of said terms: "Desktop as a Service," "DaaS," "Company as a Service," "CaaS," "Bring Your Own Cloud," "BYOC," "Instant ICO Incubator," "Mining as a Service," "CryptoEscrow," "DEXchange," "The Ultimate Strength of the Blockchain . . . Unleashed," "Infrastructure as a Service," or "IaaS." I also conducted a search of the Trademark Assignment Query System of the USPTO for U.S. Trademarks assigned by or assigned to the individuals and entities listed.

The search using X-Search produced the following results:

1. On September 26, 2017, EHI-INSM filed an application to register "Company as a Service." That application is still pending.
2. On January 24, 2017, Gust, Inc., also filed an application to register "Company as a Service." That application is still pending.
3. There are two applications for "Bring Your Own Cloud." One application is pending. The other application was abandoned. Neither application was filed by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.
4. Registered trademarks for "DaaS" were shown to exist. A cancelled registration for "DaaS" was also shown to exist. None of them were shown to be owned by, Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.
5. There is a pending application and abandoned applications for "DaaS." None of them were shown to be filed by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.
6. Registered trademarks for "CaaS" were shown to exist. A cancelled registration for "CaaS" was also shown to exist. None of them were shown to be owned by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.
7. There are pending applications and abandoned applications for "CaaS." None of them were shown to be filed by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.
8. Registered trademarks for "BYOC" were shown to exist. A cancelled registration for "BYOC" was also shown to exist. None of them were shown to be owned by Michael

**EXHIBIT 40 PAGE  496**

Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

9. There are pending applications for "BYOC." None of them were shown to be filed by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

10. A registered trademark for "IaaS" was shown to exist. It was not shown to be owned by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

11. There is a pending application for "IaaS." It was not shown to be filed by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

12. There were no results for "Desktop as a Service," "Instant ICO Incubator," "Mining as a Service," "CryptoEscrow," "DEXchange," "The Ultimate Strength of the Blockchain . . . Unleashed," or "Infrastructure as a Service."

13. Registered trademarks for "Desktops as a Service" were shown to exist. They were not shown to be owned by Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

14. There were no U.S. Trademark Applications applied for or U.S. Trademark Registrations issued to Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., and/or EHI Internetwork and Systems Management, Inc.

Searches in the Trademark Assignment Query System showed that there are no recorded assignments for Michael Stollaire, Michael Stollery, Titanium Blockchain Infrastructure Services, Inc., EHI Internetwork and Systems Management, Inc., and/or EHI-INSM, Inc.

By authority of the Director of the United States Patent and Trademark Office

_Certifying Officer_

**EXHIBIT 40 PAGE  497**

# EXHIBIT 41

Trademark Electronic Search System (TESS)                                                                    Page 1 of 1

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Fri Apr 20 03:31:44 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **VORDEX** |
| **Goods and Services** | (CANCELLED) IC 007. US 023. G & S: pneumatic filters for use with compressed air lines. FIRST USE: 19890209. FIRST USE IN COMMERCE: 19890209 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74045816 |
| **Filing Date** | April 4, 1990 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 11, 1990 |
| **Registration Number** | 1636671 |
| **Registration Date** | March 5, 1991 |
| **Owner** | (REGISTRANT) Reading Technologies, Inc. CORPORATION PENNSYLVANIA 1031F MacArthur Rd Reading PENNSYLVANIA 19605 |
| | (LAST LISTED OWNER) READING TECHNOLOGIES OF DELAWARE, INC. CORPORATION BY ASSIGNMENT DELAWARE P.O. BOX 7048 WILMINGTON DELAWARE 19803 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20020621. |
| **Renewal** | 1ST RENEWAL 20020621 |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | October 7, 2011 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

**EXHIBIT 41 PAGE 498**

# EXHIBIT 42

HOME (/)
SHOP
CRYPTO MERCH SHOP (HTTPS://THEDIGITALEDGER.THREADLESS.COM)
PAY WITH CRYPTO (/PAY-WITH-CRYPTO/)
TA
TRADING VIEW CHARTS (HTTPS://WWW.THEDIGITALEDGER.COM/TRADING-VIEW-CHARTS/)
TA BLOG (/TA-BLOG-1/)
CRYPTO 101
INTRO (/CRYPTO-101/)
WHERE TO BUY BITCOIN AND ALTS (/WHERE-TO-BUY-BITCOIN-AND-ALTS/)
WHERE TO STORE CRYPTO SAFELY (/WHERE-TO-STORE-CRYPTO-SAFELY/)
FAQ (/FAQ/)
CRYPTO AND ICO BLOG
CRYPTO BLOG (/CRYPTO-BLOG-1/)
DEV'S BLOG (/DEVS/)
ICO'S (/UPCOMMING/)
AMA (/AMA/)
ALTS (/ALTS/)
MEDIA
NEWS (/NEWS/)
PODCAST (/PODCAST/)
YOUTUBE (HTTPS://WWW.YOUTUBE.COM/CHANNEL/UCLBP9J3LW4Q_V2-OLKDRZIA)
XRP HODOR (HTTPS://XRPHODOR.WORDPRESS.COM/)
SUBMIT AN ARTICLE (HTTPS://WWW.THEDIGITALEDGER.COM/SUBMIT-AN-ARTICLE/)
ABOUT
PARTNERS (/PARTNERS/)
CONTACT (/CONTACT/)
TEAM (/TEAM/)
SUBMIT AN ARTICLE (/SUBMIT-AN-ARTICLE/)

December 26, 2017 (/ama-1/2017/12/26/submit-your-question-for-the-titanium-ama-session)

# Q&A session with Titanuim CEO Michael Stollaire (/ama-1/2017/12/26/submit-your-question-for-the-titanium-ama-session)



**EXHIBIT 42 PAGE 499**



MICHAEL STOLLAIRE

President & CEO

## AMA SESSION WITH TITANIUM'S CEO MICHAEL STOLLAIRE

Titanium is an ecosystem, but our core competency is Infrastructure as a Service, Platform as a Service and Software as a Service on blockchain. Enterprise grade decentralized resources that are available and performing optimally almost 100% of the time, and are a fraction of the cost of our competition: Amazon Web Services, Microsoft Azure, RackSpace, HPE Helion Cloud and IBM Cloud Storage.

Official Website: https://www.tbis.io/ (https://www.tbis.io/)

Reddit link: https://www.reddit.com/user/TBISINC (https://www.reddit.com/user/TBISINC)

Subreddit link: https://www.reddit.com/r/TBIS (https://www.reddit.com/r/TBIS)

Twitter profile: https://twitter.com/TBISINC (https://twitter.com/TBISINC)

Discord: https://discord.gg/trrad7b (https://discord.gg/trrad7b)

### QUESTION:

If the ethereum blockchain gets clogged up by crypto kitties, how will titanium solve for issues of scaling and speed as it is an erc20 token?

### ANSWER:

EXHIBIT 42 PAGE 500

From day one, Titanium's use of the Ethereum mainnet was for one reason only: using the ICO process to raise money. We are developing our own blockchain, which will be based on Ethereum or Bitcoin and implementing Plasma/Raiden/Lightning Network, to achieve Visa-like transaction speeds. Or, we will be partnering with an existing project's next-generation blockchain which is faster than Visa. More information on this front will be released this week.

**QUESTION:**

Is BARS only for payments for titanium services? Why not just accept fiat or any other cryptocurrency if BARs is not a core part of the blockchain or business model?

**ANSWER:**

Yes, as per the Official Titanium White Paper, BARs are a utility token, the only currency that can be used in the Titanium Ecosystem to pay for products and services. Fiat and other cryptocurrencies will NEVER be accepted as currency in the Titanium Ecosystem to pay for products and services.

**QUESTION:**

What are INGOTS and how are they related to BARS?

**ANSWER:**

BARs are an ERC20 token that we are using to raise money via the ICO method. We are developing our own blockchain, which will be based on Ethereum or Bitcoin and implementing Plasma/Raiden/Lightning Network, to achieve Visa-like transaction speeds. Or, we will be partnering with an existing project's next-generation blockchain which is faster than Visa. More information on this front will be released this week. Our dedicated blockchain will be mineable, and I've tentatively called the coin The INGOT, or we might call it BAR-M (Mineable BARs). When that takes place, we will offer current BAR holders a 10:1 swap out. This means if you hold one (1) ERC20 Token BAR now, we will give you ten (10) mineable BARs, when the dedicated blockchain is in production.

**QUESTION:**

Will titanium have its own blockchain or rely on ethereum?

EXHIBIT 42 PAGE 501

Q&A session with Titanuim CEO Michael Stollaire — The Digital Ledger                    Page 4 of 8

**ANSWER:**

We are developing our own blockchain, which will be based on Ethereum or Bitcoin and implementing Plasma/Raiden/Lightning Network, to achieve Visa-like transaction speeds. Or, we will be partnering with an existing project's next-generation blockchain which is faster than Visa. More information on this front will be released this week.

**QUESTION:**

We all know ICO'S are the wild west, with you joining the BBB and getting a Duns number, do you see more ICOS following suit?

**ANSWER:**

Yes, Titanium is leading by example, and I hope the day comes where getting BBB and Duns accreditation is NORMAL for blockchain start-ups. The blockchain community has been tarnished by endless scams, etc. and I am trying to lead us out of this mess, to paint a new perception of blockchain. I see Titanium as the liasson between blockchain and The Fortune 500, actually. Also, one of the products in The Titanium Ecosystem, the Instant ICO Incubator (III), will force ICOs that want to be listed on the Titanium Platform to undergo a deep-dive, due diligence. They MUST get BBB and Duns accredited, and then, the blockchain community will know that if an ICO is on The Titanium Platform, it is a solid company that has a product that the market wants and real-world use cases.

**QUESTION:**

What exchanges are currently being pursued by the Titanium team?

**ANSWER:**

**EXHIBIT 42 PAGE 502**

The Titanium Team cannot comment on this matter, because again, the BAR is a Utility Token. However, I would think that the BAR would be listed on all of the exchanges and wallets that Verge (XVG) is listed on. How the BAR will get there? Unknown at this time, but it won't be The Titanium Team that has anything to do with it.

## QUESTION:

What will the BAR token be used for other than clients using it for payment? Are there any other uses for the token?

### ANSWER:

The BAR is a utility token that will only have one use ~ as per the Official Titanium White Paper, BARs are a utility token, the only currency that can be used in the Titanium Ecosystem to pay for products and services.

## QUESTION:

On your website and within the whitepaper, you mention EHI as a sister company and their extensive and incredibly impressive client list. It is clear you have great rapport with said companies, but how can you be so sure that they will be willing to cross over directly to Titanium and become a client there as well? Are there already agreements or at least talks in place?

### ANSWER:

Talks have already begun with several of EHI's notable clients, and I've kept relationships with decision-makers very warm. I go golfing with these people and take them out to steak dinners once every few months. It's a numbers game. If the chances are 5% that one will migrate to Titanium, that just means I need to talk to twenty (20) clients, and the number is certainly higher than 5%. The Better Business Bureau (BBB) has already agreed to migrate from Microsoft Azure to the Titanium Infrastructure as a Service (IaaS) platform, BTW.

## QUESTION:

**EXHIBIT 42 PAGE 503**

At one point there was discussion of the BAR token being split into 10 INGOTS. This will essentially raise the max supply of coins by 10 times, what is the reasoning behind this? Will this dilute the value for BAR hodlers?

**ANSWER:**

Our dedicated blockchain will be mineable, and I've tentatively called the coin The INGOT, or we might call it BAR-M (Mineable BARs). When that takes place, we will offer current BAR holders a 10:1 swap out. This means if you hold one (1) ERC20 Token BAR now, we will give you ten (10) mineable BARs, when the dedicated blockchain is in production. Each INGOT will be worth the same as the BAR, so this would be a 10X increase in value. As a utility token, we understand the need for more tokens in The Titanium Ecosystem, but we did not want current BAR holders to suffer, of course. So, current BAR holders will be extremely happy when INGOTs are in production.


**QUESTION:**

You say you are the first decentralized cloud services provider...what about ixec and their RLC token? What differentiates your product/team from them and why will Titanium be superior?

**ANSWER:**

To clarify, no, I did not say that. Titanium is first-to-market, regarding decentralized, enterprise-grade Infrastructure as a Service (IaaS). We are essentially Amazon Web Services (AWS), Microsoft Azure, etc. on a blockchain platform.

From the iExec website:

"iExec provides distributed applications running on the blockchain (DApps) a scalable, secure and easy access to the services, data-sets, and computing resources they need."

Titanium has no intention to get into the DApps support and provisioning space. Titanium users can spin up virtual servers on the Titanium IaaS platform, but this is not our market or target audience at all. Also, it seems that iExec is going to run on the Ethereum mainnet, which, as per the earlier question, will result in eventual failure. If cartoon cats scale out the Ethereum mainnet, there is no way in Hell that iExec will even function on the Ethereum mainnet.

**EXHIBIT 42 PAGE 504**

❤ 6 Likes      ◁ Share

Newer Post

Q&A session with Phore team

(/ama-1/2018/1/21/qa-session-with-phore-

team)

EXHIBIT 42 PAGE 505

Case 2:18-cv-04315-DSF-JPR   Document 42   Filed 05/22/18   Page 15 of 122   Page ID
#:1009
Q&A session with Titanuim CEO Michael Stollaire — The Digital Ledger                    Page 8 of 8

SUBMIT AN ARTICLE (HTTPS://WWW.THEDIGITALEDGER.COM/SUBMIT-AN-ARTICLE/)
TEAM (HTTPS://WWW.THEDIGITALEDGER.COM/TEAM/)
CONTACT US (HTTPS://WWW.THEDIGITALEDGER.COM/CONTACT/)
BECOME A PARTNER (HTTPS://WWW.THEDIGITALEDGER.COM/PARTNERS/)

The Digitaledger.com Website, The Team ,The Website Operators and The Partners Disclaimer

NO FINANCIAL ADVICE – The Information on this website is provided for education and informational purposes only, without any express or implied warranty of any kind, including warranties of accuracy, completeness, or fitness for any particular purpose. The Information contained in or provided from or through this website is not intended to be and does not constitute financial advice, investment advice, trading advice or any other advice. The Information on this website and provided from or through this website is general in nature and is not specific to you the User or anyone else. You should not make any decision, financial, investment, trading or otherwise, based on any of the information presented on this website without undertaking independent due diligence and consultation with a professional broker or financial advisory. You understand that you are using any and all Information available on or through this website at your own risk.

RISK STATEMENT – The trading of Bitcoins, alternative cryptocurrencies has potential rewards, and it also has potential risks involved. Trading may not be suitable for all people. Anyone wishing to invest should seek his or her own independent financial or professional advice.

**EXHIBIT 42 PAGE 506**

# EXHIBIT 43

ELECTRONEUM UPDATE - NEW INTERVIEW. GOOD NEWS TODAY OR TOMORROW! 4 BIG E...    Page 1 of 4

Watch YouTube videos with Chrome.    Yes, get Chrome now.

| Search | | Sign in |
|---|---|---|

**Up next**







## ELECTRONEUM UPDATE - NEW INTERVIEW. GOOD NEWS TODAY OR TOMORROW! 4 BIG EXCHANGES!

 P2P Cryptoz

Subscribe

22,117 views

Add to        Share        More                                552        13







**Published on Jan 11, 2018**
ELECTRONEUM UPDATE - NEW 4 BIG EXCHANGES IN DAYS!!! TALKS ELECTRONEUM AND ITS GROWTH, CEO & FOUNDER MICHAEL STOLLAIRE OPENS UP ABOUT THE FUTURE OF ELECTRONEUM AND TITANIUM IN A NEW INTERVIEW. BIG PARTNERSHIPS. GET IN ON TITANIUM TO TAKE ADVANTAGE OF 15% BONUS NOW!!!
CLICK HERE BUY TITANIUM : https://ico.tbis.io/register/?ref=Y2N...

-----------------------------------------------
Connect with me on Social Media:
-----------------------------------------------

Twitter : https://twitter.com/P2PCRYPTOZ
Instagram : https://www.instagram.com/p2pcryptoz/



Telegram : https://t.me/joinchat/GWZVlhAxxFoHseq...

Facebook : https://www.facebook.com/rav.houston....

https://www.youtube.com/watch?v=bGJOm87YXLs                                    4/18/2018

**EXHIBIT 43 PAGE 507**

```
                                                                    1

1     THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3     In the Matter of:              )

4                                    )

5     TITANIUM BLOCKCHAIN            )

6     INFRASTRUCTURE                 )   File No. LA-04901-A

7

8     SUBJECT:  Audio Recording - Electroneum Update - New

9               Interview - Good News Today or Tomorrow for Big Exchanges

10              dated January 11, 2018

11    PAGES:   1 through 48

12

13

14

15

16                   AUDIO TRANSCRIPTION

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25               (202) 467-9200
```

EXHIBIT 43 PAGE 508

2

P R O C E E D I N G S

1
2          MR. CRYPTO:  Hey, guys.  This is Peter P.
3    Crypto (phonetic) signing in.  It's January 11, 2018.
4          Before I kick off this video I want to say that
5    all analysis, comments and opinions in this video is for
6    information purposes only and not meant to be taken as
7    any kind of financial or investment advice.
8          Okay.  I have some big news for you guys today
9    about Electroneum and Titanium.  The CEO and founder of
10   Titanium, Mr. Michael Stollaire, will be joining us
11   shortly and we will be talking to him.
12         I have a few questions which I need to ask him
13   about Electroneum and Titanium, so he has graciously
14   agreed to talk to me on this channel, and we will be
15   talking to him and asking him certain questions related
16   to that.
17         So I'm going to wait for Mr. Michael to join in
18   and then we'll be starting the chat with Michael.  So
19   hang in guys.  We'll wait for him.  I'll pause this video
20   and resume it after he joins in.
21         (Pause.)
22         MR. CRYPTO:  Hello.
23         MR. STOLLAIRE:  Hey, can you hear me?
24         MR. CYRPTO:  Yes, I can --
25         MR. STOLLAIRE:  Hi.

EXHIBIT 43 PAGE 509

18

```
1              MR. CRYPTO:  Right.
2              MR. STOLLAIRE:  The clients that I'm bringing
3    into Titanium from my old company, EHI, I'll be happy to
4    share them with Electroneum.
5              MR. CRYPTO:  That's exciting.
6              MR. STOLLAIRE:  No problem.
7              MR. CRYPTO:  Really exciting.
8              MR. STOLLAIRE:  UI will introduce them all to
9    it, because they don't know what it is.
10             MR. CRYPTO:  Yes.
11   Mr. STILLARIE:  They don't know what Titanium
12   is.  They know that Mike and his team of lead, you know,
13   software consultants came in and did a great enterprise
14   management implementation, and then I proceeded to play
15   golf with them, take them out to steak dinners, kept the
16   relationships warm.
17   So when I come back and say, hey guys, guess
18   what, I just started this new blockchain company and it's
19   called Titanium, you know, or Electroneum known in this
20   case, hey, have you guys heard about Electroneum.  No?
21   Well, you should.
22             MR. CRYPTO:  Yeah.
23             MR. STOLLAIRE:  It's a mistake if you have not
24   heard of this technology.  It is the future.
25             MR. CRYPTO:  So what is the (inaudible) for
```

[1/11/2018] Live_tapes_20180313

**EXHIBIT 43 PAGE 510**

20

1   that's all.  But, yeah, I believe it's just a matter of

2   time before -- and like I said, you know, I would be

3   happy to introduce my clients to Electroneum and anything

4   that's E commerce, right, any type of E commerce sites

5   like, you know, Walt Disney

6              MR. CRYPTO:  Oh, my God.

7              MR. STOLLAIRE:  Okay.  I mean it's real easy,

8   real, real easy, you know.  McDonald's, oh, how would

9   they use that.  I don't know, you know.  I mean, if I

10  introduce them to those two that's it because I'll come

11  in and my reputation is going to, you know, precede

12  myself.

13  And it will be -- you know, it's a negative

14  term, but it will be almost like a Trojan horse.  I will

15  come in, you know, just like the infantry, punch a hole

16  through the wall, get them inside, and introduce

17  whomever, Richard himself or whomever represents

18  Electroneum to my customers, right.  And then it's a

19  numbers game.  Let's say there's a 10 percent chance.

20  I've got more than ten client.  Game over.  You just

21  introduce them to ten.  Right?

22             MR. CRYPTO:  This is big collaboration we're

23  talking about and if it materializes --

24             MR. STOLLAIRE:  Yeah, yeah.

25             MR. CRYPTO:  -- if this happens I think we can

EXHIBIT 43 PAGE 511

22

1    know, those are two currencies and they've got their

2    pluses and minuses, everybody does.

3    But, no, there's absolutely no conflict of

4    interest.  You know, when I say that this synergy between

5    -- I mean for anybody with two eyes that work should see

6    that Electroneum and Titanium is one plus one equals

7    something like three, four or five.  It's not two, okay.

8            MR. CRYPTO:  It's huge, that's good.

9            MR. STOLLAIRE:  It's crazy good.

10           MR. CRYPTO:  That's big, that's big.

11           All right, that's a good Segway to move on to

12   the Titanium project right now.  So the first question I

13   have on Titanium is I know this is your pet project,

14   Titanium blockchain infrastructure services.

15           MR. STOLLAIRE:  Yeah.

16           MR. CRYPTO:  Now I did see your last interview

17   and I wanted -- I gave the feedback to you saying that it

18   was very technical.  A person, a common person when they

19   want to invest in an ICO, an ICO, they want to know in

20   layman terms what does that mean.

21   So the first question I want you to give a

22   brief executive summary in layman's terms what is the

23   problem Titanium is trying to solve and how do you plan

24   to do it?

25           MR. STOLLAIRE:   Okay, easy.  Okay, so the

EXHIBIT 43 PAGE 512

```
                                                                    23
1    problem we -- you know, I made mention of it earlier.
2    There's been two situations where Azure and Amazon Web
3    Services have had what are called unplanned outages,
4    which means something blew up in their back room and they
5    didn't know what in the hell to do with it, you know, and
6    suddenly your exchanges went down, okay.
7              So the problem behind that is there's this
8    place, and I'm not going to go into detail like you said,
9    I'm just going to talk like I'm talking to my
10   grandmother, she'll understand this, is there's a bunch
11   of buildings in one state.  And it's cheap there and they
12   put all their data centers there because it's cheap and
13   to make more money.
14   And, you know, they -- I believe my associate,
15   Richard Silver, my COO, said like it's about 300 billion
16   a quarter that Amazon pulls in, right.  So if they didn't
17   -- the point is it's centralized, it's in one place.
18             MR. CRYPTO:  Right.
19             MR. STOLLAIRE:  So if one thing happens in this
20   one place, it could be anything, an earthquake, a
21   tornado, good night.
22             MR. CRYPTO:  Right.
23             MR. STOLLAIRE:  And we're talking about 70 to
24   80 percent of all internet traffic goes through that one
25   little place.
```

[1/11/2018] Live_tapes_20180313

**EXHIBIT 43 PAGE 513**

```
                                                                    24
 1              MR. CRYPTO:  Right.

 2              MR. STOLLAIRE:  Okay.  This is a single point

 3    of failure.  It's exactly what I was trained for 20 years

 4    never to do.  And the current, my current competition,

 5    the cloud based competition, has done just that.  It's a

 6    mistake.  Whereas -- so that's the problem, right.  It's

 7    unreliable, it doesn't perform optimally most of the

 8    time, and it costs a lot.  Those are the three problems.

 9              So the solution, okay, Titanium is

10    decentralized.  It's not in just one little place, it's

11    scattered all over the world.

12              MR. CRYPTO:  Distributed.

13              MR. STOLLAIRE:  So if a thing -- yeah, it's

14    distributed, it's not centralized, and if there's a

15    problem with one area, you know, hey, that's too bad, but

16    the remainder of 200,000 systems just keep on chugging

17    along, you know.

18    So the type of problem that we saw with Kraken,

19    with Vitrix and Vinance (phonetic) would never have

20    happened if they were on the Titanium platform --

21              MR. CRYPTO:  Right.

22              MR. STOLLAIRE:  -- first of all.  And because

23    it's decentralized, it's not located in that one place,

24    the other benefit is that the cost -- it's considerably

25    cheaper.  So you're not going to have these problems with
```

**EXHIBIT 43 PAGE 514**

25

1  outages, with performance problems, and it doesn't cost

2  so much.

3  Amazon and Azure are overpriced.  They're doing

4  -- it's kind of like your Cryptopia scenario.  They know

5  that they're the two big boys in town.  They probably get

6  together like a cartel and basically say, hey, what are

7  we going to charge them this time, you know.  And it's as

8  simple as that.

9           So Titanium solves that, kind of gives the

10  internet back to the people of the world.  We're not

11  going to charge a whole bunch of money to provide this

12  service to these people.  When I go into my customers

13  it's a matter of time before I go in to one -- like the

14  Better Business Bureau, the CEO wanted to know what

15  Titanium was.  And I said the same thing that I just said

16  to you --

17           MR. CRYPTO:  Okay.

18           MR. STOLLAIRE:  -- the answer to this question.

19           And he stopped me and he was like, "Mike,

20  stop.  Last month we had so many problems with Azure, you

21  have no idea."  These systems were down for how long.

22  Yeah, yeah.  It was just a happenstance scenario --

23           MR. CRYPTO:  Wow.

24           MR. STOLLAIRE:  -- you know, that I happened to

25  be there.  And the thing that I -- he just wanted to know

[1/11/2018] Live_tapes_20180313

EXHIBIT 43 PAGE 515

26

1    what we did, because he really didn't even know.  He

2    wanted blockchain 101, you know, this type of thing too.

3              But he stopped me and he was like, "That's

4    it, sign us up.  We're you first customer."

5    It's true.  The Better Business Bureau

6    themselves are our first customer.

7              MR. CRYPTO:  Awesome

8              MR. STOLLAIRE:  Because Azure stinks.  But

9    nobody is doing what I'm doing.  We're first to market,

10   we're going to be the first people to do it, and then

11   great things start happening.

12   Then the idea of the competition behind

13   capitalism kicks in and it forces Amazon, Azure, Irax

14   base (phonetic), Hellion and IBM cloud storage to do one

15   of two things, adapt or die.

16             MR. CRYPTO:  Yeah.  You know, you talk about

17   Microsoft and Amazon.  Now these are -- they have a lot

18   of influence and clout in the industry and they are the

19   big boys like you said in the industry.

20             MR. STOLLAIRE:  Yeah.

21             MR. CRYPTO:  How do you plan to compete with

22   these giants in this industry?  How does Titanium with

23   your project, what leverage do you have, what are the

24   things which you bring to the table to compete with these

25   big giants?

[1/11/2018] Live_tapes_20180313

**EXHIBIT 43 PAGE 516**

27

1           MR. STOLLAIRE:  It's the inroad that I had

2     previously with my first company, EHI.  These

3     relationships are real.  We're in talks with McDonald's

4     with Walt Disney, with Intel, with Verizon right now.

5           MR. CRYPTO:  Okay.

6           MR. STOLLAIRE:  And I'm trying to keep it

7     focused.  We've got quite a client list.  But I'm

8     starting with the companies that are household names

9     first of all so that as soon as one contract is signed it

10    has the maximum impact from a sales and marketing

11    perspective, and also they're the warmest relationships

12    that I have.  I know the decisions makers at these

13    companies extremely well.

14          MR. CRYPTO:  Okay.

15          MR. STOLLAIRE:  These problems that Azure and

16    Amazon have are real.  And then there's this thing called

17    the cost of downtime, okay.  You know, and it's simple.

18    It's going to cost any E commerce -- like a Disney, it's

19    almost like one of these exchanges.  When they go down --

20    I mean these three exchanges went down and were --

21    guaranteed millions were lost in transaction fees.

22          MR. CRYPTO:  Yes.

23          MR. STOLLAIRE:  I'm not going to really have --

24    this isn't an arm twist, you know.  We're up far --

25    there's either zero or very little downtime, right.

**EXHIBIT 43 PAGE 517**

28

1    Performs optimal all the time, costs a fraction of the

2    price. and I know them.

3            MR. CRYPTO:  Wow.

4            MR. STOLLAIRE:  All I have to do is say try it,

5    you know.  And, you know, I'm not trying to say rip and

6    replace here like all at once.  I'm just introducing it

7    into their test environment and saying, hey, don't take

8    my word for it.  Just put Azure over here in your test

9    environment, put Titanium over here, and we'll see if

10   it's going to be up all the time, performing well all the

11   time, costs less, and if it does the same thing why

12   wouldn't you move over here.

13   Because these managers are extremely motivated

14   every quarter by one thing, and that's their performance

15   bonus.  And believe me these metrics that I'm talking

16   about, his performance bonus, their performance bonus is

17   based on that, and Titanium will work to ensure the

18   highest performance bonus for these management types.

19   You know, there's some capitalist incentive here going on

20   too, so there's your answer.

21           MR. CRYPTO:  That's wonderful.  Thank you.

22           All right, coming in as a common investor who

23   doesn't understand technology, right, why would a person

24   want to enlist in Titanium?  What it is that they would

25   -- is there -- my point here is that there's other ICOs

[1/11/2018]  Live_tapes_20180313

**EXHIBIT 43 PAGE 518**

29

1    or new opportunities which come by.  There's tons of ICOs

2    which are coming out --

3              MR. STOLLAIRE:  Yeah.

4              MR. CRYPTO:  -- and your competing with a lot

5    of these new projects which come out on the blockchain

6    technology.  Why would I invest my $1,000 or $5,000 on

7    Titanium versus on any other project which has a greater

8    potential?

9              MR. STOLLAIRE:  Right.  Well, it's kind of

10   simple.  It's the real world application.  You know, if

11   it was me, and I've invested in these things before too.

12   I'm not looking for -- there's a -- you know, I don't

13   know what to call it.  There's a common mishap, you know,

14   within the blockchain community of I wake up the next

15   morning and I'm a millionaire, you know.  This is the

16   expectation.

17             MR. CRYPTO:  Exactly.

18             MR. STOLLAIRE:  And I'm not a little kid.  You

19   know, well, my wife would tell you part of me is, okay.

20   But I'm not a little kid and I don't expect to -- I mean,

21   could it happen, yes, it absolutely could.  You know,

22   you could -- you could put your money -- it's almost like

23   playing roulette in Las Vegas in some little, you know,

24   micro cap company and you wake up the next day and you

25   hit double zero, you know, or whatever.

[1/11/2018] Live_tapes_20180313

EXHIBIT 43 PAGE 519

30

1          But the reality is that's not how investment

2     works.  You find -- you find a company that has a product

3     that has this market, that has, you know, a client,

4     existing clientele.  So you can see the revenue, you

5     know, the potential of existing revenue streams for

6     Titanium is a big deal.  Most of the ICOs don't have any

7     customers and don't have anybody there that knows how to

8     even find or sell to these customers if they did find

9     them, you know, okay.

10          You know, so that's the big deal there.  And

11    like I said, just like Electroneum we're trying to get

12    outside the blackchain world, you know.  In other words

13    there's been multi-generation investments.  You know,

14    purchases have taken place where a son or a daughter has

15    introduced their mom and their grandmother to Titanium

16    and they've purchased it.

17    Now what that means, number one it's very

18    nicely weird.  You know, this is not normal.  And what

19    that proves is that it punched the hole outside the

20    subculture.  There's no way anybody can -- maybe mom,

21    okay, but, you know, my first job out of college was

22    marketing communications at Eastman Kodak Companies and

23    focusing in the youth market, 18 to 35.  And that's why I

24    was uniquely qualified to sell to the blackchain

25    community, because it happens to be the same age range

EXHIBIT 43 PAGE 520

31

1    for the most part.

2           So the point is that if mom gets involved,

3    okay, you know, maybe like you said, maybe it's an

4    outlier or something like that, you know, it could be.

5    But grandma got involved, and believe me there wasn't one

6    time this happened, you know.  They -- I didn't have to

7    do anything.  They just went to her.  It's like, oh, my

8    God, you've got to see Titanium.  This is what it does.

9    One, two, three, four, five.  It's a good investment.

10          It's going to -- you know, and so if that

11   happens that means I've already proven that Titanium is

12   different.  I've got -- I've done exactly what I've said.

13   I've gone outside the subculture of blockchain and people

14   on the street are investing in it like they would buy

15   stocks and, you know, Intel or Google on Wall Street, you

16   know.

17          And the other thing is is that, you know,

18   there's a bunch of -- and this is the last piece of it,

19   is that most of these companies I think are bleeding out

20   and nobody knows it.

21          MR. CRYPTO:  Right.

22          MR. STOLLAIRE:  As somebody who, you know,

23   purchased their tokens, or coins, or whatever the case

24   may be, a lot of people are waiting for that, you know,

25   big pump or something like that.  It goes up 10 percent

[1/11/2018] Live_tapes_20180313

**EXHIBIT 43 PAGE 521**

```
                                                            32
1    and they get rid it and they never touch it again, you
2    know.  But I'm a long term investor.  I buy it, and I
3    hold it, you know.
4              MR. CRYPTO:  Right.
5              MR. STOLLAIRE:  Because I believe in that
6    project and I think over the course of time, you know --
7    like Google I was one of the lucky that was invited to
8    the lottery, and I bought it at $75.  I wasn't looking
9    for it to go up $100.  I knew what that company could do,
10   and I've watched them do it over the course of years, and
11   I've held onto stock.
12             And so that's the way I view Titanium.  We're
13   not a, you know, wait for it to go up 10 percent and sell
14   it and never see it again company, we're the future.  Now
15   if you don't want to, you know, join us and be part of
16   the future so be it, you know.  I totally get that.  And
17   if you want to, you know, throw your money in another
18   direction feel free rot do so.  We don't seem to have any
19   problem with people throwing money in our direction.
20             MR. CRYPTO:  No, you've got (inaudible).  I
21   think that Titanium is a disruptor in the infrastructure
22   space --
23             MR. STOLLAIRE:  Right.
24             MR. CRYPTO:  -- of (inaudible) technology.  I
25   think I can summarize it like that.  And I'm coming, I'm
```

EXHIBIT 43 PAGE 522

33

```
 1    definitely going to get into this ICO.  Guys, if there's
 2    still --
 3              MR. STOLLAIRE:  Thank you.
 4              MR. CRYPTO:  -- a 15 percent bonus going on
 5    right now.  There's about 14 hours left for the 15, to
 6    take advantage of that 15 percent bonus.  So get in now
 7    and then buy these bars, Titanium bars.
 8    You heard Mr. Michael say what it is.  He's not
 9    -- he's not trying to sell anything.  The Titanium bars
10    sell by itself.  So get them now and buy those before you
11    lose the 15 percent off.  So it's less than a dollar.
12    I'm sure you've invested more than, more than a dollar in
13    kind of ICOs and you might have lost money there, but
14    this is a great investment.  So get in there.  Titanium
15    is the way to go.  It's going to be a big ICO, big
16    program in the future.
17              All right, Michael, I have one more question.
18              MR. STOLLAIRE:  Thank you for that by the way.
19    I'm not a big salesman.
20              MR. CRYPTO:  I'm sorry?
21              MR. STOLLAIRE:  I said thank you for what you
22    said.  I
23              MR. CRYPTO:  No, I believe in the product, I
24    try to promote --
25              MR. STOLLAIRE:  Thank you.
```

**EXHIBIT 43 PAGE 523**

34

1          MR. CRYPTO:  -- what I believe in.

2    Electroneum I got in during the initial stages.  I had

3    written --

4          MR. STOLLAIRE:  Yeah, the same here.

5          MR. CRYPTO:  -- Richard an email when -- back

6    in August or September.  I was one of the earlier

7    investors of, you know Electroneum.  So when I believe in

8    a project I fully get behind them and support them, and

9    Titanium is one of them.

10         MR. STOLLAIRE:  Yeah, same here.  I appreciate

11   that, yeah.

12         MR. CRYPTO:  Okay.

13         MR. STOLLAIRE:  Thank you.

14         MR. CRYPTO:  Do you see any issues -- okay, let

15   me rephrase this in a way, this question here.

16         Is any country prohibited from buying Titanium?

17   If there's different parts of the continent, different

18   parts of the world, can any user go in and buy Titanium

19   if they are in any part of the world?

20         MR. STOLLAIRE:  Yeah.  I mean, there's a

21   process that everybody needs to go through, you know,

22   especially, you know, citizens in the United States.

23   There's know your customer type things going on.

24   So there's certain --  you know, if anything

25   I'm the boy scout in the room, and if there are laws to

**EXHIBIT 43 PAGE 524**

35

1    be followed or potentially in this case law to be

2    followed, because this is a gray area.  You know, nobody

3    -- if anybody tells you that they know what's happening

4    they are lying to you.  Nobody knows what's happening

5    unless you're inside certain organizations, they're

6    acronyms and I will not say the words, those guys, then

7    you don't know what the hell is going to happen and

8    neither do we.

9            So with me I'm, you know, I would rather play

10   it safe than be aggressive and do something stupid, you

11   know.  So we're following the letter of the law.  And I

12   understand if some people -- if anybody does, you know,

13   especially coming from Verge, a privacy claim.  That's

14   what I liked about it.

15   I'm a libertarian.  I would -- you know, and

16   that to me means one thing, it means minimum government

17   and the maximum freedom and liberty, that's it, nothing

18   else.

19           MR. CRYPTO:  Right.

20           MR. STOLLAIRE:  And I don't want, you know, the

21   NSA to collect metadata on me so that if I go to a 7-11

22   and I buy a Snickers bar on Wednesday that some alarm

23   goes off and says wait, Mike bought a Snickers bar on

24   Wednesday instead of Tuesday, watch him, you know,

25   something like that.  I mean, who cares.

**EXHIBIT 43 PAGE 525**

36

1        I think, you know, privacy is a basic human

2   right and everyone should have it, and any organization

3   or person that's trying to take it away is a criminal in

4   my opinion no matter who they are.

5        With that said there are laws to be followed,

6   there are policies to be followed, and we follow them.

7   You know, we have sunk a great deal, you know, and I'm

8   happy to do it, a great deal of money in a blockchain

9   specific legal firm.  It's very, very important for all

10  ICOs to do that.  Don't fly blindly.  Better to make

11  excellent investments not only in people, equipment, et

12  cetera, but in the right legal resources to make sure

13  that you're walking down the right path, and we've done

14  that.

15       So I know it's a long answer, but yes is the

16  answer.  It maybe more -- there maybe more, a little bit

17  of pain and suffering that you have to go through during

18  the initial registration process with Titanium, but think

19  of it this way.  Would you rather be completely

20  eliminated from the equation and the answer be no you

21  can't do that or would you rather go through a bit of

22  pain and suffering in uploading IDs and things like that

23  to be able to participate?  If it was me I would do the

24  latter, you know.

25       MR. CRYPTO:  Right.

**EXHIBIT 43 PAGE 526**

39

```
1     watch it happen, but I'm on the field in the game.
2              MR. CRYPTO:  Yes.
3              MR. STOLLAIRE:  And believe me it's an entirely
4     different perspective, and for me I'm carving out the
5     initial pieces of a historic event.  I'm a firm believer
6     in mass adoption.  I've got three business cards, one is
7     EHI, one is Titanium, and the other one says blockchain
8     evangelist.  I certainly want, you know, Titanium to be
9     very successful.
10             But I want mass adoption to take place.  This
11    should be the primary objective of ay blockchain based
12    project, including Electroneum and Titanium, and if it's
13    not that's a big problem as it is because one of the
14    unsaid advantages of Titanium, other than the things I've
15    outlined previous to this, is that it will force mass
16    adoption to take place.
17             MR. CRYPTO:  Yes.
18             MR. STOLLAIRE:  If for example Disney comes
19    over -- here's my big secret.  You know, here's -- if
20    Disney migrates from Azure or Amazon over to Titanium
21    then all the people that buy Mickey Mouse, Fantasia DVDs
22    from them are being forced to take place in mass adoption
23    of blockchain technology.
24             MR. CRYPTO:  Exactly.  Right.
25             MR. STOLLAIRE:  Okay.  Because I love, I really
```

**EXHIBIT 43 PAGE 527**

40

1    do, anybody who has come to me see at these meet ups or,

2    you know, they foolishly invite me to speak in front of

3    people in other states too -- Amsterdam is coming up, you

4    know, I love that.  I love getting in front of 10 to 100

5    people and talking to them like I talk to you.

6         And I hand out, you know, these -- you know,

7    instead of you know, Bibles, I hand out this book right

8    here.  It's a great book by an IBM guy.  This blockchain

9    -- here's my Bible and I hand it out.  I've got a box,

10   you know, in the storage area back there and I just hand

11   them out, free, because I want people to read it because

12   I know this book was written for the common man.

13   No, I don't get royalties by the way.  But

14   people should read this damn book because within five

15   minutes it's like you're going to be like what, it does

16   what, like that.  And that was me, you know, a technology

17   guy.

18        And so that is the last thing I would leave you

19   with is that Titanium has got a lot of advantages to it.

20   Does it provide an excellent service to people in the

21   real world, you know, and does it solve our problems,

22   does it have a target audience, is it profitable?  Yes,

23   on all counts.  But it also has the fringe benefit of

24   forcing mass adoption of blockchain technology upon the

25   world, punching and forcing, you know.

EXHIBIT 43 PAGE 528

TRANSCRIBER'S CERTIFICATE

I,  Cheryl Shifflett , hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings in the matter of:

TITANIUM BLOCKCHAIN INFRASTRUCTURE, PROVIDED RECORDING, LA-176-18.

*Cheryl A. Shifflett*

Transcriber

**EXHIBIT 43 PAGE 529**

# EXHIBIT 44

 | Search

≡



# ICO Spotlight: Interview with Michael Stollaire, CEO of Titanium Blockchain

Posted on 23 January 2018 by Coinschedule

*This post is part of the ICO Spotlight, a series of posts with the teams behind the different projects covered by Coinschedule.*

---

Coinschedule: What if an entire IT enterprise could be decentralized, including data centers, firewalls, load-balancers, routers, switches, network appliances and servers?" — Let's put simple things first, how are you doing it?

Michael Stollaire: We can only say so much, regarding how we make this truly revolutionary technology work. So, I can only say that a hybrid solution of traditional virtualization technology is involved, and this synergy is a game-changer.

The term "next-generation" is unfortunately overused, but it certainly applies to Titanium. When Titanium's core product, Infrastructure as a Service (IaaS) is released later this year, it will be like when the standard was a Blackberry for mobile communications... until the iPhone (Titanium) was released.

Coinschedule: By bringing this revolutionary idea to life, what are the main problem you're trying to solve?

## CATEGORIES

- Blogs
- Cryptocurrency Articles
- Featured Posts
- ICO Reports
- ICO Spotlights
- News
- Press Releases

## TAGS

atlant battledrome ico **Bitcoin**
**Blockchain** blockchain 20
**Blockchain technology**
blockchain world forum bot branche branche
ico cat **crowdfunding** crowdviz
**Cryptocurrency** crypto
investment cryptoping dapp ddf ico digital
developers fund emv ethereeum
**ethereum** gaming ICO
geofounders gilgam.es gilgames gladius
gladius ico hydrominer ICO **ico**
investment **ico regulations ICOs**
**ICO spotlight** impak ico **Initial**
**Coin Offering** mining mobilego
neverdie ICO **Press releases** Ripple
spectiv ico trading Truegame ICO
**waves**

**EXHIBIT 44 PAGE  530**

ICO Spotlight: Interview with Michael Stollaire, CEO of Titanium Blockchain | Coinschedule                                Page 2 of 7



CS                                                                                                                        ☰
     Search

Shares

**Michael Stollaire:** Traditional providers like Amazon Web Services (AWS), Microsoft Azure, etc. have reliability issues, scalability issues, outages that last hours on end, and are overly expensive, in my opinion, given the centralized products and services they deliver.

Titanium is a true paradigm shift. Using decentralized resources, we can provide a better price point to our customers, and reliability will be enhanced.

**Coinschedule:** TBIS whitepaper highlights 'The EHI Advantage'. What does that mean?

**Michael Stollaire:** In short, this is not my first rodeo. I started my first tech company in 1999, EHI, and it is a sister company to Titanium. I have every intention of leveraging the warm relationships that EHI has with name brand companies that are household names. Walt Disney, Verizon, McDonalds, Intel, etc. All Titanium needs is one of these customers to migrate from AWS or Azure to the Titanium IaaS platform, and the world changes.

**Coinschedule:** Tell us more about  Better Business Bureau (BBB) and Dun and Bradstreet (D&B) Accreditation that you've acquired.

**Michael Stollaire:** Frankly, I was just going about the normal process of starting any company, until I got a call from the CEO of The Better Business Bureau, who happened to be in Silicon Valley at the time.

At that moment, again, just doing what's normal for any new start-up company, Titanium became the FIRST blockchain company to ever achieve D&B and BBB accreditation. I am very proud of this accomplishment, to say the least.

**Coinschedule:** We'd also like you to explain a bit more about Bring your own Cloud (BYOC).

**Michael Stollaire:** Beneath the surface of the Titanium Infrastructure there will be an entire suite of services that will change the computing world. Central to this effort is the desire to help users create a truly private computing environment. This can be achieved through BYOC.

**EXHIBIT 44 PAGE  531**

ICO Spotlight: Interview with Michael Stollaire, CEO of Titanium Blockchain | Coinschedule          Page 3 of 7

People can join the BYOC secure computing environment by contributing a power to the network. BYOC is based on a PoW ERC20 token which generates an ever-changing hash for communications encryption. When a user joins, they will be connected to a service that will download an open source Linux VPN application. Users can opt to use their own cryptocurrency miner as long as it meets the minimum requirements for OS platform, CPU, RAM, etc. Alternatively, of course, one of the many virtual miner emulation choices available via the MIaaS TBIS offering could be leveraged. Please note that the BYOC service can be used for many other functions, such as web servers, file servers, etc. A cryptocurrency mining device is only be used as an example. TBIS will provide a Centos Linux OS ISO image which has a special kick-start function, to bring the device online and initiates a minimum amount of hashing on the local GPU. At this point, the kickstart server can deploy to any server/device you connect to your private cloud environment. For mining hardware, BYOC will facilitate high-end servers being used as cryptocurrency miners.

For an ultra-secure computing environment, users can join the TBIS Instaminer Network. Based on micro-computers, which can be acquired from TBIS, a security context with the peer-to-peer blockchain can be established. If someone attempts to add a device via a method that does not include the TBIS micro-computers, the device will not be allowed to communicate on the network. The TBIS micro-computer will have an open VPN for security and will be able to deploy images to servers and miners in the local environment. Once the security context is established, files beyond the vanilla Centos OS will be obtained via our own git repository and docker swarm infrastructure. In short, the use of the TBIS micro-computer will make setting miners and servers up completely automated.

**Coinschedule: TBIS just reached the hard cap of 35 Million BAR token sale. What's next? Also brief us a little about Token mechanics as well.**

**Michael Stollaire:** What's next is that I have an appointment for tomorrow AM at 0900 to take a close look at the options available at the Noble Professional Center, here in Los Angeles.

It could be as soon as tomorrow that the first Titanium office is opened... followed by many more.

**EXHIBIT 44 PAGE  532**



CS            Search                                                                                    ☰

As far as token mechanics is concerned, BARs are a utility token. They are only a currency that can be used to pay for products and services in the Titanium Ecosystem.

Shares

**Coinschedule: All this must be done by a superb team. Let's discuss a bit about them?**

**Michael Stollaire:**

> "We have two centuries of combined experience"

Titanium has many excellent assets and advantages, but nothing stands out more than The Titanium Core Team. Combined, The Titanium Core Team holds over two-hundred (200) years of combined experience in global infrastructure enterprise environments. Throughout seventeen years of experience in the technology sector, specializing in enterprise infrastructure management, Founder and CEO of Titanium, Michael Stollaire, made it a habit of identifying the most elite talent in technology and made sure he kept in close contact with these individuals throughout the years. Over the course of time, Mr.

Stollaire called in a favor or two to a handful on the list, to assist him with projects at Accenture, Boeing, Devon Energy, etc. However, with the advent of The Titanium Project, every resource that was accumulated over two decades was brought into the fold, forming an "A-Team" of the finest technology talent in the world.

**Coinschedule: In the end, would you run us through some future plans and exciting developments?**

**Michael Stollaire:** We are laser-focused on enhancing our already excellent team with more people of the same caliber, and development of our core product, Titanium IaaS.

Regarding the future, I am Michael Stollaire, not Nastradamus. 😉

However, my intention is to implement the other components of the Titanium Ecosystem. I would like Titanium to be a marketplace of all-



**CS**  Search

things-technology, and an easy way to start your business from scratch with a streamlined process.

Shares

**Coinschedule: That's Brilliant! Michael. Thank you for your time and all the very best for TBIS and your meeting tomorrow at 9** 

**Michael Stollaire:** My pleasure!

Coinschedule



📁  ICO Spotlights                                      💬 0

**EXHIBIT 44 PAGE  534**

ICO Spotlight: Interview with Michael Stollaire, CEO of Titanium Blockchain | Coinschedule                    Page 6 of 7

 

**Coinschedule Comment Policy**

Please read our Comment Policy before commenting.

0 Comments        Coinschedule              🔴 Login ▼                                              Shares

♡ Recommend  3        ↪ Share                    Sort by Best ▼



Be the first to comment.

**ALSO ON COINSCHEDULE**

**Multiversum - Coinschedule**
11 comments • 6 days ago

  Mr.Robot — One of the best ico of the moment. It's a gamechanger blockchain, give a look at it.

**Ethersocial blocksale - Coinschedule**
3 comments • 7 days ago

  박공명 — must have COIN! ESN

**Tkeycoin DAO - Coinschedule**
1 comment • 9 days ago

  Ангелина Архипова — Слежу за проектом с еще пре айсио когда еще был старый кабинет ,

**IRIS Token - Coinschedule**
1 comment • 10 days ago

  realhollandaise — Very excited for IRIS. The implications of this technology on a global and local

✉ Subscribe   ⊙ Add Disqus to your siteAdd DisqusAdd   🔒 Privacy

**Website**
Home
Conferences
About
Submit Entry

**Tools**
Link To Us
Results
Stats
Developers (API)

**Media**
Press Mentions
Blog
Telegram
Slack

**Legal**
Terms
Disclaimer
Privacy Policy
Cookie Policy

https://www.coinschedule.com/blog/interview-titanium-blockchain/                    5/10/2018

**EXHIBIT 44 PAGE  535**

ICO Spotlight: Interview with Michael Stollaire, CEO of Titanium Blockchain | Coinschedule          Page 7 of 7

Advertise                FAQ                    Twitter

**CS**
Press Releases          Search                  Facebook                                    ≡

People                                          Reddit

Videos                                          LinkedIn

Login
                                                                                    Shares

Copyright © 2018 Coinschedule Limited. Company number 11158908 - Oxford, United Kingdom

DMCA PROTECTED

EXHIBIT 44 PAGE  536

# EXHIBIT 45

https://cryptocentral.io/on-the-table-with-titanium-blockchains-ceo-michael-stollaire/

# On the table with Titanium Blockchain's CEO Michael Stollaire



**cryptocentral** February 12, 2018



Interview with TBIS's CEO, Michael Stollaire by Cryptocentral.io

---

**1. What is EHI and why is it important for Titanium Blockchain Infrastructure Services (TBIS)?**

EHI was the first technology company that I founded in 1999, and has developed and evolved into a thriving professional services consultancy, that specializes in enterprise infrastructure management. EHI's clients are household names from The Fortune 500, Government and Education, which is a huge advantage for Titanium. I envisioned Titanium as "EHI v2.0" that would provide Infrastructure as a Service (IaaS) to EHI's existing clientele, which will be a warm handoff from a known trusted source, versus random cold calls, which is the norm for other blockchain start-ups.

**2. What real problem(s) is TBIS aiming to solve?**

**EXHIBIT 45 PAGE  537**

- Cloud-based IaaS providers are essentially legacy solutions and obsolete, given the advent of decentralized blockchain technology. Centralized IaaS providers, such as Amazon Web Services (AWS), Microsoft Azure, RackSpace, HPE Helion Cloud, IBM Cloud Services, iCloud, etc. are centralized, and as such, hacker attacks like Distributed Denial of Service (DDoS), the recent Equifax break-in, etc. and natural disasters, can severely impact or completely disable cloud based operations.
- By centralizing 70% of all USA Internet Traffic within one area, we are essentially asking for a terrorist attack to take place that would paralyze America.

https://en.wikipedia.org/wiki/Dulles_Technology_Corridor

"As of 2009, greater than 50% of all U.S. Internet traffic travelled through Northern Virginia. In 2013, as much as 70% of the world's Internet traffic travelled through data centers in Loudoun County. In his book Tubes, author Andrew Blum calls Ashburn, Virginia—a community within the Dulles Technology Corridor—"the bullseye of America's Internet".  The Dulles Technology Corridor serves as headquarters for domain name registrar Network Solutions and network infrastructure company Verisign. The region contains the Internet Society, and used to contain the mainframe that houses the master list of all Internet domain names.

The Dulles Technology Corridor includes Ashburn, Virginia's "Data Center Alley", described by the Washington Business Journal as "an area that is quickly emerging as a national hub for data storage facilities". The corridor also has data centers in Sterling, Herndon, Reston, and Tysons Corner. The area is a growing home for major data centers including those of Amazon Web Services (AWS)'s US East region, where an estimated 70% of AWS IP addresses are housed. Wikimedia Foundation has its primary data center in the corridor. According to U.S. News & World Report, "Northern Virginia remains popular, in part because it has some of the country's cheapest electricity rates."

Here is what happened recently to the equivalent of AWS in Europe:

http://technologynews.site/2017/11/09/great-ovh-hosting-crash-thousands-of-websitesstopped-working/

Titanium's platform, in comparison would have experienced little to no negative impact. In fact, I can almost guarantee that it would have had no impact whatsoever.

**3. In regards to the proprietary IaaS, how will TBIS enable smaller companies or inexperienced users to take advantage of its platform?**

Simple. The answer is what I refer to euphemistically as "The Mom Test" or "The Grandmother Test." What this means to me and Titanium is that if one of our services cannot be ordered, modified, used by my Mother or Grandmother, that is a failed test. This is why the Titanium IaaS UI will be extremely intuitive and easy to use. I've been fortunate to know one of the best UI/UX designers in the world, who did very similar work at PayPal, for instance. In short, smaller companies and inexperienced users will find our platform easy to use, and we may introduce voice recognition, so that it can all be done without touching a screen, mouse, or keyboard.

**4. What are the core components on the TBIS platform?**

**FROM THE WHITE PAPER:**

CORE OBJECTIVES, PRODUCTS AND SERVICES

**EXHIBIT 45 PAGE  538**

Titanium Infrastructure Services (TBIS) has the following core components:

**Infrastructure as a Service™**

**(IaaS™):** The core competency objective and primary goal of TBIS is the creation and propagation of a shockproof distributed network infrastructure capable of replacing the bloated and inefficient hardware foundation upon which the internet of today is based. In essence: to build a better internet that cannot be controlled or destroyed by anyone and is open for all.

**This will include but is not limited to:**

- Maintaining and Enhancing TBIS' existing enterprise virtualization software package which enables the creation of network components such as servers, routers, switches, etc., in a distributed environment
- Building and remaining as the de facto platform for creating, maintaining, patching and upgrading distributed enterprise IT environments
- Making it quick and simple to virtualize entire enterprise-level infrastructure environments while simultaneously decreasing the cost-to-consumer and downtime while increasing network reliability, security, and convenience
- Website hosting through the Titanium Virtual Server System will be more reliable than existing shared hosting because unlike a traditional server, which can go down, the TBIS servers will guarantee constant uptime and dramatically increased security
- Implement the cutting-edge TBIS Enterprise Management Software with autonomous healing and security functions include in the Titanium Hydra Fault Tolerance Suite for all monitored elements and network components

**Desktop as a Service™**

**(DaaS™):** The creation of a distributed internet infrastructure also makes it possible to host entire user computers on the Titanium Cloud. Using the custom designed ultra-light TitaniumOS, TBIS users will be able to access their entire computer from any publicly available terminal or smartphone. Through navigating to their personal encrypted Titanium Desktop, they will be able to use their computer just as they would use any website. Titanium Virtualization Technologies will protect their data, ensure uptime and reliability, and make viruses and targeted attacks a thing of the past through implementation of the Titanium Hydra Fault Tolerance Suite.

Leveraging state-of-the-art SHAKE256 Titanium Sponge Cryptographic Techniques, the user's files and TitaniumOS will be future-proof encrypted and yet will remain accessible to the user with the Titanium Key. This will combine ultimate encryption and security while also allowing for ease of access.

**Company as a Service™**

**(CaaS™):** This is an automated wizard which will allow a user to start a new business from square one through leveraging the power of Smart Contracts. Anyone who has attempted to start a business in the past is aware of the challenges presented by meeting legal requirements to establish a business.

**EXHIBIT 45 PAGE  539**

**Through CaaS, TBIS will be able to supply entrepreneurs with the critical support they need to get their business off the ground by completing tasks such as:**

- Registering for Business Licenses
- Creating Business Bank Accounts
- Filing Trademarks and Patents
- Incorporating
- Leasing of office space or equipment
- Hiring employees or independent contractors
- Securing advertising space
- Domain registration and host acquisition
- Etc.

From a legal standpoint, these Smart Contracts will save business more than just time in the creation of businesses. Smart Contracts, encoded in the immutable TBIS Blockchain, cannot be tampered with or altered in any way. Once a contract has been signed, it has been etched into Titanium and will exist in perpetuity.

**CryptoEscrow™**

This service allows the TBIS user to use any supported cryptocurrency to purchase items, auction items, etc. and leverage an Ethereum-based escrow service based on the Smart Contract. This would enable buyers and sellers to conduct transactions free of the worries typically associated with online purchases.

The Titanium CryptoEscrow™ would make it possible to:

- Buy and sell online for any amount in any approved cryptocurrency without fear of nondelivery. This system is designed to use a very simple smartphone interface that will require no experience or coding background. It is so easy, your grandmother could do it.
- Generate Titanium Smart Contracts using the TBIS Blockchain and the Titanium DEX (below) to manage payment and logistics. This contract will consist of a two-part SHA256 hash which will be given to both buyer and seller, and only once these two pieces are united and delivery takes place will the funds be released from the escrow.

**Bring Your Own Cloud™**

**(BYOC™):** Beneath the surface of the Titanium Infrastructure there will be an entire suite of services that will change the computing world. Central to this effort is the desire to help users create a truly private computing environment. This can be achieved through BYOC.

People can join the BYOC secure computing environment by contributing hashpower to the network. BYOC is based on a PoW ERC20 token which generates an everchanging hash for communications encryption. When a user joins, they will be connected to a service that will download an open source Linux VPN application. Users can opt to use their own cryptocurrency miner as long as it meets the minimum requirements for OS platform, CPU, RAM, etc. Alternatively, of course, one of the many virtual miner emulation choices available via the MIaaS TBIS offering

**EXHIBIT 45 PAGE  540**

could be leveraged. Please note that the BYOC service can be used for many other functions, such as webservers, file servers, etc. A cryptocurrency mining device is only be used as an example. TBIS will provide a Centos Linux OS ISO image which has a special kick-start function, to bring the device online and initiates a minimum amount of hashing on the local GPU. At this point, the kickstart server can deploy to any server/device you connect in your private cloud environment. For mining hardware, BYOC will facilitate high-end servers being used as cryptocurrency miners.

For an ultra-secure computing environment, users can join the TBIS Instaminer Network. Based on micro-computers, which can be acquired from TBIS, a security context with the peer-to-peer blockchain can be established. If someone attempts to add a device via a method that does not include the TBIS micro-computers, the device will not be allowed to communicate on the network. The TBIS micro-computer will have an open VPN for security and will be able to deploy images to servers and miners in the local environment. Once the security context is established, files beyond the vanilla Centos OS will be obtained via our own git repository and docker swarm infrastructure. In short, the use of the TBIS micro-computer will make setting miners and servers up completely automated.

**DEXchange™**

Cryptocurrencies and blockchain technologies are centered around decentralization. However, many cryptocurrency exchanges of today are based on centralized systems which are controlled by outside entities. The TBIS Titanium Exchange will provide initial support for the top twenty (20) fiat currencies used worldwide, and allow for exchange trading with the top two-hundred (200) cryptocurrencies as per

https://www.coinmarketcap.com in an entirely decentralized fashion. Of course, TBIS reserves the right to increase or decrease the number of fiat currencies and cryptocurrencies it supports with future releases of the product. Also, DEXchange™ will charge the lowest transaction fees, and fees in general, in the world, guaranteed.

**Instant ICO Incubator (III)™**

At TBIS, we know how hard it can be to get everything together for a token launch. If you have a brilliant technical idea, but need the marketing and organizational backing to bring it to life, the Titanium Instant ICO Incubator™ will take the guesswork out your token launch through providing endto-end launch services. Also, a Titanium Clad Accreditation will be created and granted to ICOs that have undergone a deep-dive due diligence by Titanium personnel. There will be no guesswork, as to which ICOs are credible and primed for purchase of their tokens. For instance, where these accreditations are supported, Titanium will require our ICOs to have both a Better Business Bureau (BBB) and Duns & Bradstreet accreditation. Titanium does all the work for you, so your purchases are as safe as possible.

The over-arching goal of Titanium Blockchain Infrastructure Services is to provide the capability for virtualization of equipment, running the gamut from simple routers, to specialized equipment such as cryptocurrency miners. Through virtualization, TBIS will be able to help guarantee that your equipment will stay updated, patched, and ready to function to protect the interests of your business.

For example, in order to remove the hazards associated with new technology being introduced that makes current mining rigs obsolete. With TBIS IaaS, you would simply run a wizard in our UI to replace a GPU-based mining rig

**EXHIBIT 45 PAGE  541**

with an ASIC mining device. When new ASIC boards are released that are more energy efficient and have a significantly greater hashing rate, the virtual boards can be upgraded, etc., by drawing on our global network of computing power.

**5. Do you think scaling of the Ethereum network would be sorted out by the time TBIS platform is fully functional?**

- Yes, I feel that Plasma and the Raiden concepts may allow Ethereum to scale to the same transaction rate as Visa. However, if there is even a one percent chance that these enhancements, along with the improvements in the Ethereum Metropolis update, this is a chance that I am not willing to take with Titanium.

- Therefore, there has always been a plan in place strategically, to develop our own distinct Titanium blockchain that will be mineable, and will also eliminate or significantly reduce the potential negative impact of Ethereum scaling issues.

- Ethereum, however will be our short-term tactical solution, and will allow Titanium to get through our funding efforts, while simultaneously creating an Agile software development methodology, with daily Scrum Meetings, etc. and acquisition of enough excellent Ethereum Developer resources to implement a follow-the-sun, 24x7x365 development methodology that worked exceptionally well on several past projects I've been involved with. This will mean that the sun will never set on Titanium's development efforts.

**6. What are the problems with centralized exchanges and how will TBIS's DEXchange improve the exchange environment?**

- Well, I alluded to this earlier, with regard to our cloud-based competition in the IaaS space, and those same issues apply to centralized exchanges. Just as the link about the Virginia area where 70% of all USA Internet traffic travels? That man calls it a bullseye for a reason: if it were attacked, it would cripple the USA communications and telecommunications industry. It reminds me of growing up as a child in New York, when I was doing something stupid, and they would say this phrase, over and over: "You are asking for trouble!"

- This is not merely my theory. The infamous Mount Gox incident and the more recent Bitfinex hacks are excellent examples of the weaknesses of centralized exchanges, along with today's CoinPouch incident with the Verge (XVG) cryptocurrency, where over 150,000,000 XVG coins were stolen.

- With a decentralized exchange (DEX), the normal methods that Black Hats would use to attack and exploit weaknesses would not exist. I'm sure DEXs will encounter some innovative hacker attacks in the future, but the advantages associated with DEXs cannot be argued against.

- However, the main issue I've had with DEXs is they are "pay to play" and do not have the trading volume to back up the borderline extortion that they are trying to pull off as "normal development costs for cryptocurrency listings." I will not name names, but I know people at all of the centralized and decentralized exchanges and even cryptocurrency wallets. The answer is always the same: "Sure, we will list cryptocurrency X, for $10,000." Some of the larger exchanges ask for 5-10 Bitcoin for the opportunity to be listed.

- The last issue I can point out is that unless you are in the top 10 market capitalization cryptocurrencies, you will not be listed against fiat pairs, meaning I cannot purchase the #64 currency on coinmarketcap.com with United States Dollars or any fiat currency for that matter, so that when Bitcoin goes on a bull run like it has as of late, there is an inverse effect on altcoins that are on an exchange that has no fiat pair associated with it. In

**EXHIBIT 45 PAGE  542**

short, this leads to a direct inverse relationship between the value of Bitcoin and all altcoins on that exchange that do not have fiat pairings: if the price of Bitcoin goes up, the altcoins that do not have fiat pairings (and even some or all that do) go down in price.

- This is totally ridiculous, in my opinion. That's why DEXchange, a distributed exchange, will list the top 200 cryptocurrencies for free, and will allow all 200 of these cryptocurrencies to be paired with the top 20 fiat currencies in the world. Now, here is the punchline: DEXchange will also guarantee the lowest transaction fees on the planet. Because of this, I believe DEXchange will create a vortex of trading funds, and will be so successful, that it may in fact be the first ICO "spin-off" company of all time, and set a precedent for doing so.
- My gut instinct about DEXchange is that it may indeed outpace incoming revenue from IaaS, our core competency, and slowly but surely… perhaps inexorably… take more and more market share from all existing exchanges until it becomes the predominate player in the space.

### 7. What are the challenges that startups are facing for setting up ICOs in the current environment?

- The recent Segwit2x Bitcoin hard-fork captured most of the attention of the blockchain community so little to no attention was paid to ICOs, I believe
- Also, there have been some examples of ICOs that were complete scams, and the old phrase "one rotten apple can spoil the entire barrel" comes into play.
- Perhaps most importantly, though, blockchain start-ups are in a very early-adopter phase, and there really isn't any established guidelines or Standard Operating Procedures (SOPs) that are in existence, which are a pathway to success for ICO development. Certainly, there have been some ICOs that were tremendously successful, but was that because of their methodology, or in spite of their methodology. Frankly, I think the reason is the latter: they had little-to-no understanding of what to do, but a lot of people threw money at them – I refer to ICOs as dotcom II, the sequel… – and they were successful from a money-raising perspective.
- Personally, I feel that I am walking across a minefield without a metal detector, and occasionally something blows up, so I make meticulous notes, so that when Titanium reaches the end of the ICO route on March 1, 2018, I will have the information necessary to write the SOPs of ICO, and will be able to give a metal detector and an accurate map to ICOs in the future, as to the correct method to perform an ICO blockchain-startup. I've also seriously thought of writing the "ICOs for Dummies/Idiots" books, no kidding!

### 8. How will the TBIS Instant ICO Incubator improve the ICO landscape?

- First and foremost, it will take all of the guesswork out of the ICO process and place them on the Titanium platform, which will be as we say, stronger than steel.
- We will also conduct due diligence on each ICO, as I went through once, when EHI was trying to get Venture Capital (VC) funding and Angel Investor funding. This will include getting the two accreditations that Titanium holds, the first blockchain start-up that has ever held both a Dun and Bradstreet and Better Business Bureau accreditation. It will be a stringent audit that will lead to Titanium ICO certification, and in short, very few ICOs will achieve this certification, just like very few students get into Harvard. This will do two things: 1. Guide the new blockchain startup through the process and across the minefield without them having to lift a finger, following the new aforementioned SOP, and 2. Token purchasers will not have to guess if an ICO is a

**EXHIBIT 45 PAGE  543**

scam or a good value. If an ICO is listed on the Titanium platform, they have virtually a 100% guarantee that buying that ICO's tokens is a smart decision.

**9. What value additions will TBIS achieve from associating with other decentralized projects such as Golem, Storj, BlockCat, etc?**

This is easy to answer, they've already gone down the road of decentralized resources, with regard to storage, processor and memory power, so why would Titanium re-create the wheel if we can simply establish strategic partnerships with these companies so that we could augment their existing technology to global enterprise standards that some of my clients like Intel, Walt Disney, Verizon Wireless, etc. to take a serious look at. Also, BlockCAT has created an excellent product that would pass "The Mother and Grandmother Tests" I mentioned earlier. I've played around with their alpha, and their tool (which Titanium could essentially OEM) would make it so we could pull anyone in off the street, and they could create an Ethereum Smart Contract in seconds, with no Solidity, Java, C, etc. coding experience. Of course, if these strategic relationships do not materialize, that is the beauty of open source: Titanium will just leverage the excellent development resources we have acquired and will acquire to do what these companies are doing… except better… perhaps MUCH better.

**10. Could you please elaborate on TBIS project's accreditations by Dun & Bradstreet and Better Business Bureau?**

Certainly. When developing Titanium I put myself in the shoes of a potential ICO participant, and asked myself a simple question: "what can I do to make Titanium attractive to potential clients and token purchasers, which would also make anyone calling Titanium a scam look like a complete idiot?" Answer? Get the D&B and BBB Accreditations, which Titanium was the first blockchain start-up to accomplish. Now, if I become aware of anyone calling Titanium a scam, I make sure that person looks like a moron.

## ICO related Questions

**11. When does the TBIS main token sale start and end?**

January 1-March 1, 2018

**12. Is there a whitelist to participate in the TBIS main sale?**

Yes, there is.

**13. What is the TBIS token called and what is the total supply of tokens?**

The TBIS token is called the Titanium BAR (BAR) and 35,000,000 BARs is our hard cap.

**14. What exchanges will TBIS's token be traded on?**

Well, as many people in the blockchain community know, getting assets listed on exchanges is a forte of mine. At first, of course, EtherDelta will list it just after the ICO ends, followed by exchanges like Bittrex, OpenLedger, SuperNET, Kraken, Poloniex, Bitfinex, Ethfinex (when ready), Bithumb and so forth. It's just a matter of time, persistence and tenacity.

**15. Is the TBIS token a Utility token? What is the purpose of this token?**

**EXHIBIT 45 PAGE  544**

Yes, it is a utility token and the BAR is the only currency that will be accepted in the Titanium Ecosystem. With that said, even if 1-2.5% of all of EHI's current clients sign up (and the CEO of the BBB has already indicated approximately two weeks ago, that he wants the BBB to be Titanium's first customer), we are talking about billions and billions of dollars. Then the law of supply and demand takes over, because there will only be 35 Million BARs minted, just like there will only be 21 Million Bitcoins minted. I think the value proposition is obvious.

**16. Is the TBIS token sale restricted for certain regions? If yes, which ones?**

Currently, the answer is no, and I want it to stay that way. Usually, Americans are left out in the cold, but I am an American, and an American Patriot at that. I bleed red, white and blue, and that's why Titanium has engaged several legal and financial resources with the goal of doing whatever it takes to allow Americans to participate in our ICO. I also believe that the SEC will label ICO tokens as securities, and as such have had several meetings with Wall Street people I've known for years, about the prospect of getting Series 6 and 7 licensing for Titanium, which would allow Titanium to trade securities. Maybe DEXchange will list Apple, Google, McDonalds, Verizon stock and bonds, etc. soon? Maybe!

**17. What Is the minimum contribution slab for participation in the TBIS token sale?**

- In the main ICO sale, 0.01 ETH, which equates to approximately $3-3.5.
- During the pre-sale, which is going on right now, I've placed a $1,000 minimum per purchaser threshold on pre-sale participants. However, I am thinking about reducing it further, as this may allow Titanium to surpass its soft cap during the pre-sale, effectively launching Titanium. This is my main objective.

**18. What are the soft and hard caps of the TBIS token sale?**

- The soft cap is 1,000,000 BAR
- The hard cap is 35,000,000 BAR

**19. Which cryptocurrencies will be accepted during the token sale and what will be the exchange rate of the tokens?**

Everything will eventually be converted into Ethereum (ETH) for our ICO's Smart Contract, so the price hinges on ETH currently. However, I think it has been a mistake… a serious mistake… for ICOs not to accept more currencies, so at the present time we accept: Bitcoin, Ethereum, Verge, Litecoin, Monero and ZCash for purchase of our Titanium BAR Tokens, along with fiat currency, if our customer prefers to use that for payment.

**20. Is there a referral program in place for the TBIS token sale?**

Yes, there is, and just like higher bonus rates are negotiable during the pre-sale, higher than 20% for larger sums of money, our initial referral bonus of 5% can also be negotiated, based on the amount of money the referred purchaser uses to buy our Titanium BAR Tokens.

**EXHIBIT 45 PAGE  545**

**Disclaimer:**  This is not an investment advice. It is of paramount importance that everyone should do his or her own due diligence before investing in any product, platform, tokens etc. Cryptocentral.io does not endorse any content or product published on this page. Our aim is to simply provide all the readers with the latest information in the field of cryptocurrency / blockchain industry that might be of interest to our readers.

**Tags:**

- CEOTalks
- Interview
- MichaelStollaire
- TitaniumBlockchain

**EXHIBIT 45 PAGE  546**

# EXHIBIT 46

TITANIUM'S MICHAEL STOLLAIRE INTERVIEW ABOUT TITANIUM THEFT. TBAR MUCH STR...   Page 1 of 5

Watch YouTube videos with Chrome.   Yes, get Chrome now.

Search | Sign in



Up next






## TITANIUM'S MICHAEL STOLLAIRE INTERVIEW ABOUT TITANIUM THEFT. TBAR MUCH STRONGER THAN EVER!!

 P2P Cryptoz

Subscribe

9,529 views

Add to    Share    More                    291    35

Published on Feb 22, 2018
EXCLUSIVE INTERVIEW - MICHAEL OPENS UP ON THE THEFT OF BARS AND EXPLAINS THE ACTIONS THEY ARE TAKING. "EVERYTHING IS SAFE. NO HARM DONE!!"
CLICK TO SUBSCRIBE : https://www.youtube.com/c/P2PCryptoz

SHOW MORE

COMMENTS · 208

 Add a public comment...

Top comments ▼

Honestmicky  2 weeks ago

https://www.youtube.com/watch?v=5sUfBpilwJM




3/14/2018

**EXHIBIT 46 PAGE   547**

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                    )

4                                          )

5    TITANIUM BLOCK INFRASTRUCTURE     )   File No. LA-04901-A

6

7    SUBJECT:   Audio Recording, Titanium's Michael Stollaire

8              interview about theft, TBAR much stronger than

9              ever, dated February 22, 2018

10   PAGES:    1 through 31

11

12

13

14

15

16

17                    AUDIO TRANSCRIPTION

18

19

20

21

22

23

24            Diversified Reporting Services, Inc.

25                   (202) 467-9200

[2/22/2018] Live_tapes_20180313_Session_2

**EXHIBIT 46 PAGE   548**

2

```
1                    P R O C E E D I N G S
2             RAY:  Hello and welcome back.  This is Ray at
3    P2P Cryptoz, signing in in on February 22, 2018.  Today
4    we will welcome Mr. Michael Stollaire, Chief Executive
5    Officer of Titanium, and talk to him about the events
6    relating to the malicious theft at Titanium yesterday.
7    Let's wait on Michael to join in.
8             If you're not a subscribed to the channel, go
9    ahead and subscribe.  Hit the subscribe button and hit
10   the -- notification notifications so that you will be
11   getting up dates as and when it happens.  So let's wait
12   for Michael to join in.
13            Hello and welcome back again.  We have with us
14   Michael Stollaire, the CEO of Titanium, who has taken
15   time out of his super-busy schedule and agreed to talk to
16   us and answer some questions and provide some updates to
17   us.  Welcome back, Michael
18            MR. STOLLAIRE:  It's -- I'm happy to be here.
19   Thanks for inviting me back.
20            RAY:  Thank you.  All right, let's kick this
21   off.  Let's ask the million-dollar question first.
22   Titanium released an official statement that the
23   malicious action and illegal theft occurred resulting in
24   about $16 million BARs being stolen from the company
25   wallets.  Can you briefly take us down the sequence of
```

[2/22/2018] Live_tapes_20180313_Session_2

**EXHIBIT 46 PAGE   549**

3

1    steps on how the events unfolded yesterday?

2            MR. STOLLAIRE:  I wish I could but it was, you

3    know, the timing is kind of everything.  And yesterday

4    was also my youngest daughter's first birthday and this

5    all happened in the middle of this, you know, chaos that

6    went on.  To be frank with you, I've told my team members

7    to send me a specific type of message to -- so I know

8    it's a real 9-1-1, you know, take me to the hospital type

9    emergency.  And I was in the middle of, you know, setting

10   the table for our family -- my family I guess, and then I

11   get this 9-1-1, you know, saying, you know, "Call me,

12   Mike, immediately."  So I did.  And that's how I found

13   out.

14           The steps, you know, we frankly do not know the

15   steps.  We know what happened afterward because

16   everything is on the blockchain, you know.  So we huddled

17   up, I got some people that I know, kind of like the

18   white-hat hackers that stepped in after the DOW incident

19   with Ethereum, to try to track this guy down.  I've

20   gotten in touch with the Los Angeles police and I fully

21   expect that, you know, they are going to refer me to the

22   FBI because of the cross-state-lines type nature of it or

23   -- and/or an international organization.  You know?  So

24   that's how I found out and what happened.

25   Now the -- importantly, what are we doing about it?  The

[2/22/2018] Live_tapes_20180313_Session_2

EXHIBIT 46 PAGE   550

18

1           RAY:  Okay.  So that's good to know.  So

2   there's a lot of questions relating to that with the hard

3   fork, is anything going to change.  So nothing changes on

4   that equation, everything remains the same.

5           MR. STOLLAIRE:  No, if it isn't broken, don't

6   fix it.

7           RAY:  Right.

8           MR. STOLLAIRE:  It's not broken.  We're going

9   to keep it just the way it was.

10          RAY:  Okay.  Now an example has to be set to

11  catch offenders like these.  They are no different than a

12  person breaking into a bank and stealing from the world.

13   Now what steps is Titanium taking to track and apprehend

14  this offender or offenders?  Do you have any leads into

15  this?

16          MR. STOLLAIRE:  Do I have leads?  I might, I

17  might not.  I have been told not to say.  Okay?  But if

18  anybody knows me I'm, you know, I'm a very proactive

19  individual and I've already -- like I said, I can tell

20  you that I did call, as I said, the Los Angeles police

21  department.  Most likely the FBI is going to be --

22  because it crossed state lines the FBI is probably going

23  to be in touch with us.  And I've enlisted the help of

24  not just a couple white-hat hackers to track this person

25  down --

[2/22/2018] Live_tapes_20180313_Session_2

**EXHIBIT 46 PAGE   551**

22

1    sold out before it got past 90.

2            RAY:  Right, yeah.

3            MR. STOLLAIRE:  So that's why.  You know?  And

4    we've got a database, thankfully, you know, piece of our

5    ICO websites and smart -- if you're in a smart contract

6    was to basically keep track of all that information and

7    store it in a nice database.  And so that's -- we're

8    happy that we did that, you know, because now we have our

9    targets and we know exactly, you know, how many bars they

10   bought and are or should be holding in their wallets and

11   the script checks, things like that, you know, to make

12   sure they look at the number of BARs through each -- and

13   we'll make sure that whatever price they bought BARs at

14   during the ICO or presale that they're compensated

15   accurately.

16           With that said, I did tell you that some, you

17   know, a smaller percentage of the distribution is going

18   to be done manually.  And that means humans are involved

19   and when humans are involved there will be errors.

20   Operator error, like you call it within tech, and when

21   that happens -- it happened during the ICO, frankly --

22           RAY:  Yeah.

23           MR. STOLLAIRE:  -- you just have to get in

24   touch with us and say, "Hey, you know, here's my --"

25   you know, we're going to ask for your transaction ID, you

26

1    frankly, he did several things that were stupid.  We're

2    not talking -- you know, he must have gotten something

3    from somebody that was not stupid and used it and then

4    proceeded to do stupid things.

5              RAY:  Okay.

6              MR. STOLLAIRE:  But anyways, just like we can

7    track that type of activity, the bad guys, you can track

8    what the good guys are doing.  And you can see our

9    contract address, you can see that there's x amount of

10   BARs in it and you're going to be able to see these

11   transactions going out to replace the original BARs.

12   And, of course, the feedback in the community, the

13   blockchain community in general but especially amongst

14   the Titanium community, you're going to see people either

15   "Thank you, Michael," or "Thank you, Team Titanium,"

16   or "Hey, you shorted me 20 BARs, what the hell?"  And

17   then we'll proceed to get in touch with those guys and

18   make sure they're whole, you know, and happy again.

19             RAY:  Yeah.  You guys are doing a fantastic

20   job, Michael.  But before we wrap this up, I know you are

21   super busy, you have a lot of meetings, and thank you for

22   taking time out of your super busy schedule.

23             MR. STOLLAIRE:  Well, it's important.

24             RAY:  Do you have --

25             MR. STOLLAIRE:  No, it's very important because

[2/22/2018] Live_tapes_20180313_Session_2

**EXHIBIT 46 PAGE   553**

# EXHIBIT 47



EXHIBIT 47  PAGE  554

                                                                    1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                    )

4                                         )

5    TITANIUM BLOCKCHAIN INFRASTRUCTURE ) File No. LA-04901-A

6

7    SUBJECT:  Audio Recording with Ray at PP/Cryptos and

8              Michael Stollaire dated March 11, 2018

9    PAGES:    1 through 62

10

11

12

13

14

15

16                   AUDIO TRANSCRIPTION

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                   (202) 467-9200

[3/11/2018]  Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  555**

```
                                                              2
1                P R O C E E D I N G S

2           (Music plays.)

3           RAY:  Hello and welcome back.  This is Ray at

4     PP Cryptos signing in on March 11, 2018.

5           Today we will welcome Mr. Michael Stollaire,

6     CEO of Titanium, and ask him certain questions about the

7     updates on Titanium.

8           Michael has graciously agreed to talk to us

9     today; but before we do that, if you have not yet

10    subscribed to the channel, go ahead and hit the subscribe

11    button and subscribe to the channel.

12          So let's wait on Michael to join in.

13          RAY:  Welcome back.  We have with us Mr.

14    Michael Stollaire, CEO of Titanium.

15          Welcome, Michael.

16          MR. STOLLAIRE:  Good to be -- duh, I can't talk

17    today, on Sunday.  Good to be back on; thanks for

18    inviting me.

19          RAY:  Yes, it's Sunday, it's a beautiful

20    Sunday.  I know you're busy, even on a Sunday, but thanks

21    for taking the time to join us and give us some updates.

22          MR. STOLLAIRE:  Sure, it's my pleasure, I wish

23    I could have done it before now, but I was limited by

24    some very important reasons.

25          RAY:  Not a problem.  Not a problem.
```

[3/11/2018] Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  556**

```
                                                                    28

 1              MR. STOLLAIRE:  Yeah.

 2              RAY:  Awesome.

 3              MR. STOLLAIRE:  Yeah, it's ridiculous.  I mean,

 4    that Blue, I think it's -- there was five.  What's that?

 5              RAY:  Yeah.

 6              All right, now this is an important question,

 7    we need some answer on this.

 8              Titanium has the advantage of leveraging the

 9    existing relationship between clients of VHI, the signed

10    agreements and deals to benefit Titanium.

11              Has any deals been signed with big companies

12    who plan to use Titanium?  If not, when can we expect

13    news about clients signing MOUs with Titanium to use the

14    services and products?

15              MR. STOLLAIRE:  Yep.  So the answer is perhaps

16    that's been done, because I can't say anything about

17    that, too.

18              RAY:  Okay.

19              MR. STOLLAIRE:  You know how that is.  What I'm

20    pushing for is the following:  that people that are known

21    to us and some that are not, and there was some that are

22    not that occurred not too long ago, I can tell you about

23    that, too, um, if that transpires, my -- I'm trying to

24    make the threshold of victory low, you know, for

25    everybody, which is what I want, one or several of these
```

[3/11/2018] Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  557**

29

1    target customers to do is simply come out with an

2    official press release saying that "We are now working

3    with Titanium" --

4              RAY:  Okay --

5              MR. STOLLAIRE:  "and we have put their core

6    product infrastructure as a service into our sandbox or

7    development environment, and we're going to be evaluating

8    that against whatever, Amazon webservices, Microsoft

9    Azure and the rest."

10             RAY:  Okay.

11             MR. STOLLAIRE:  And that's it, you know?  There

12   will be a lot more words, you know, I'm not a press

13   release writer or anything like that, um, but you might

14   be seeing something like that, and luckily, you know, I

15   made some good contacts, you know, in the past, and they

16   introduced me, you know, in the blockchain space and

17   otherwise, and they introduced me to some other, you

18   know, great people.

19             RAY:  Okay.

20             MR. STOLLAIRE:  And uh, and during, uh, the ICO

21   in presales, uh, quite a bit of money came in from

22   Thailand, this country, and I made some great, you know,

23   contacts there, and recently, I had the opportunity to go

24   to San Francisco and speak in front of most likely, most

25   of the most powerful businessmen in Thailand.

[3/11/2018]  Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  558**

```
                                                              32
 1            MR. STOLLAIRE:  There you go.  I gave out a few
 2    of those.
 3            RAY:  Yeah, I need to have one of that,
 4    Michael.
 5            MR. STOLLAIRE:  Sure, just bug me later,
 6    I'll --
 7            RAY:  -- Okay, I'll do that.
 8            So coming back to my question, Michael, if we
 9    are looking at targets for these clients, can I assume
10    there's about three to five clients?
11            I need a number.  How many clients are you
12    working with?  Three to five?  Ten?  Twenty?
13            MR. STOLLAIRE:  Yeah.  No, I -- let's -- my
14    antivirus sticks around -- for some reason it decided to
15    come up on your face.  Sorry about that.
16            RAY:  No, you're good, I don't see anything.
17            MR. STOLLAIRE:  Well I do.
18            RAY:  So how many targets are we looking at for
19    the clients?
20            MR. STOLLAIRE:  Initially it was like three to
21    five.
22            RAY:  Okay.
23            MR. STOLLAIRE:  I think I said that a long time
24    ago because I wanted to be focused and I didn't want to
25    be all over the place, I wanted to choose the most, you
```

[3/11/2018] Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  559**

33

1    know, warmest relationships that I had over the course of

2    time.

3              RAY:  Good.

4              MR. STOLLAIRE:  You know?  And I did do that,

5    and things are progressing on that front, but then, you

6    know, uh, it's been like the best plans Of Mice and Men

7    kind of a situation transpired, like for this -- in this

8    meeting in San Francisco for these people from Thailand.

9              Uh, it's not the only one that I had, and so

10   suddenly a bunch of dots are on the radar, and we're not

11   -- you know, we're not being ethnocentric here and

12   focusing on just American companies, it's these guys that

13   are big guns anywhere, you know?

14             It's kind of like -- as a, you know, as people

15   know, musicians kind of like -- music is more than a

16   hobby, uh, to me, and we'll go back in time, it's way

17   before my time, but there was this guy used to play

18   guitar, right?

19             RAY:  Okay.

20             MR. STOLLAIRE:  His name is Jimi Hendrix.

21             RAY:  I know him.  He's the best guitarist.

22   He's the one with the -- yeah, I know him.

23             MR. STOLLAIRE:  Exactly, the first guitar hero,

24   right?

25             RAY:  Yeah.

[3/11/2018] Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  560**

44

1   good technological breakthroughs, from Ethereum and the

2   Vitalik team and uh, you guys implementing that will be a

3   good, uh, insertion into the Titanium Blockchain;

4   awesome.

5          MR. STOLLAIRE:  And -- well you know how this

6   is, you know, when something like this happens, like I --

7   I'm going to say other things not like this, but other

8   things will happen that are a negative nature, uh, you

9   know how postmortem things are.  They happen.

10          Things will blow out, it's a matter of time,

11   but you've got everybody (inaudible), and you do this

12   postmortem, "How did that happen?"

13          You know, uh, type of Sherlock Holmes type of

14   stuff, and what do we do to make sure it doesn't happen

15   in the future?

16          And we did do that, you know, that is our

17   strategic objective.  I don't know if I would agree with

18   anybody who said anything is hackproof, you know, because

19   with enough time and resources, anything can be hacked.

20          But we, you know, realized what we could

21   improve upon, so make sure that nothing like that ever

22   happened again, and we made sure that, uh, we put the

23   TBARs into cold storage, and they are being held in

24   multi-signature vaults.  More than two people -- well I

25   can't say how many, but several, you know, will have to

[3/11/2018]  Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  561**

45

1   say (audio interference) --

2            RAY:  Michael, you're breaking out.  Breaking

3   in and out.

4            MR. STOLLAIRE:  -- which -- or making sure that

5   such a thing will not transpire.

6            RAY:  There's a little --

7            MR. STOLLAIRE:  -- Oh, sorry.  All right, can

8   you hear me better now?

9            RAY:  Yeah, it's probably the internet

10  connection out there.

11           MR. STOLLAIRE:  Yeah, sorry.

12           RAY:  So to just get the clarification, the

13  Titanium bars are in the cold wallet and safe and secure.

14           MR. STOLLAIRE:  Yes, there in cold storage now,

15  right?  And we've implemented a multi-signature

16  technology so that several individuals, not just one, can

17  say, "We want to remove anything from these cold storage

18  wallets."

19           RAY:  Okay, that's good.  All right.

20           The next question, masternodes have been a

21  fascinating topic of conversation in the Titanium space.

22  Do you still plan to implement that, and do you have any

23  updates on the criteria for being a masternode?

24           MR. STOLLAIRE:  Yeah, there's nothing set in

25  stone just yet, so I don't really want to comment, you

[3/11/2018] Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  562**

52

1    you know, frankly.

2              RAY:  Yeah.  I think focusing on the right

3    things like the (inaudible) products, the technology, as

4    you say, is very important, and that will automatically

5    bring you up and it will be in the top ten.

6              MR. STOLLAIRE:  I don't even watch it.  I'll be

7    frank, you know, I don't -- it's not that I don't care, I

8    don't watch it, I don't watch anything like that on

9    purpose because my job is not to watch anything, it's to

10   do stuff, and I want -- like you said, I want to make

11   sure that we have traction on all the deliverables and

12   milestones on our project plan and that I continue to do

13   what I said earlier, you know, "What airports and Mike

14   this day?"

15             You know, to come on out there and simply get

16   deals signed and get revenue flowing into Titanium;

17   that's my objective.

18             RAY:  Good.  Great to know.

19             All right, is there a -- any plans to update

20   the TBIS.IO website with updates from what is happening

21   in the Titanium world?

22             For example, updating the structure, and

23   different updates as -- and when it comes out.  Because I

24   know that if you want new users coming into the Titanium

25   community, they first go to the website.

[3/11/2018]  Titanium Big Deals in Asia (Thailand) - 3 to 5 Client ...

**EXHIBIT 47  PAGE  563**

# EXHIBIT 48

Altcoin Buzz Interviews-Titanium Crypto Review- Best Blockchain Infrastructure? BBB of BlockChain? - ...  Page 1 of 3

Watch YouTube videos with Chrome.  Yes, get Chrome now.

altcoin buss titanium

Sign in



Up next





## Altcoin Buzz Interviews-Titanium Crypto Review-Best Blockchain Infrastructure? BBB of BlockChain?

 **Altcoin Buzz Podcast**

Subscribe

1,380 views



Add to    Share    More

61    3



Published on Mar 12, 2018

Interview with Michael Stollaire CEO and Founder of Titanium. Michael explains his company, and how it can help the world. Also discusses future plans to help keep every investor safe from SCAM projects. Follow On Twitter!

SHOW MORE

COMMENTS · 23

 Add a public comment...

Top comments ▼

Gary nilknarF  2 days ago

https://www.youtube.com/watch?v=Vm-2Rngy-DI

3/14/2018

**EXHIBIT 48 PAGE  564**

```
                                                                    1

 1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3    In the Matter of:                    )

 4                                         )  File No. LA-04901-A

 5    TITANIUM BLOCKCHAIN INFRASTRUCTURE )

 6

 7    SUBJECT:  Michael Stollaire Interview - "Altcoin Buzz

 8              Interviews - Titanium Crypto Review

 9              Best Blockchain Infrastructure_BBB of

10              BlockChain_48"

11    PAGES:   1 through 28

12

13

14                          .

15

16           AUDIO TRANSCRIPTION

17

18

19

20

21

22

23

24       Diversified Reporting Services, Inc.

25            (202) 467-9200
```

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE  565**

2

```
 1              P R O C E E D I N G S
 2          (Recording begins.  Music plays.)
 3          PHILLIP:  Hey, everybody.  This is Phillip from
 4   Altcoin Buzz where you get your news, reviews, and
 5   interviews.  Today we have a very special guest, the
 6   founder/CEO of the Titanium Project and an advisor of
 7   Electroneum, Michael Stollaire.  How are you doing today,
 8   Michael?
 9          MR. STOLLAIRE:  Believe or not, I'm doing
10   great. Every day that goes by is getting better, so
11   thanks for having me here.
12          PHILLIP:  I'm glad you're rolling with the
13   punches.  To get started, tell me a little bit about your
14   experience on how you got into blockchain technology.
15          MR. STOLLAIRE:  Okay.  Yeah, it's actually kind
16   of a long story, but I'll make it succinct so nobody gets
17   bored, right, is that everybody has their own threshold, I
18   believe, in terms of how many times somebody has to bring
19   up crypto currency or blockchain technology before they
20   go past this threshold and they do whatever.  That
21   whatever might be, "Hey, I'm going to make my own coin-
22   based account or I'm going to Google bitcoin," or
23   something like that.
24          And for me, my threshold was higher than most
25   people.  I know some people once or twice is enough, but
```

**EXHIBIT 48 PAGE 566**

9

1    it's been four years since it was 70 percent, it's got to

2    be 80, 90 percent now if they continued down that path

3    and I believe they have -- most of the communications,

4    technology communications infrastructure of the entire

5    planet would be disabled.

6              And so you know, this is another motivation for

7    me to come up with the first piece of Titanium's

8    Ecosystem Infrastructure as a service.  Ours is

9    decentralized.  There's no target on any country.  I

10   mean, I'm an American patriot.  And I'm sure that there's

11   some people who can sleep at night, you know, fine,

12   knowing there's a bullseye on America, but I can't, I

13   won't, and I'm not going to complain about it like, you

14   know, guys at a bar, drinking a few beers.  I came up

15   with a solution to that and we have implemented it

16   successfully already, March 1st.

17             The other thing is that I have encountered

18   Amazon Web Services, Azure, and the rest many, many times

19   at my clients over the past decade or so that they've

20   been in existence, and to me, they're kind of fragile.

21   Recently, we had an Azure outage, an unplanned outage,

22   and it took down two cryptocurrency exchanges.  And it

23   wasn't a short period of time, and for sure they know

24   what the cost of down time is now for sure of this phrase

25   because they had lost millions of dollars in that time

EXHIBIT 48 PAGE 567

14

1    That's it.

2            Strategically at the same time, we'll be using

3    our resources to create our own data centers and putting

4    Titanium-specific systems that are optimized for

5    providing decentralized resources and mining as well.

6    It's, you know, kind of a plug and play-type operation.

7    And as the strategic resources are put into place and

8    these Titanium-specific data centers are built, then the

9    cost of our solutions will decrease even further.

10           PHILLIP:  Yes.  And the way to access your

11   service is to use your tokens.  Can you explain the token

12   model for us?

13           MR. STOLLAIRE:  Right.  Yeah.  The bars aren't

14   like bitcoin, or Ethereum, Litecoin, Ripple, whatever.

15   Like I said, there's probably a lot of people that may

16   disagree with me.  But the idea of cryptocurrency like a

17   bitcoin, that was 2009, okay?  Next year it's been 10

18   years.  You know, in technology terms that, that's like

19   ancient.  And so that's why I'm confused as to why only a

20   handful or less of companies and projects including

21   Titanium have done something besides create the better

22   bitcoin or something like that, whatever.

23           But the bar, the Titanium bar is not a form of

24   cryptocurrency, it is a utility token.  And so here we go

25   with the analogies again.  So the two best analogies that

**EXHIBIT 48 PAGE  568**

15

1    I have are it's like going to Las Vegas, like Mike likes

2    to do, and play blackjack because you can actually win

3    that game, and I, and I can win, and you give them your

4    currency, whatever it is, United States dollars, and they

5    give you chips.  Those chips aren't money, but they

6    represent the money you gave them, and the only place you

7    can use them is in their casino.  It can be the Aria or

8    the Cosmopolitan or whoever.

9            The other good analogy is back in the olden

10   days when there were arcades, where you would go in and

11   play video games and they cost whatever, 25 cents, 50

12   cents, a dollar.  But you wouldn't put U.S. dollars in

13   there, you would, you would give dollars to the person at

14   the cash register and they would give you tokens that can

15   only be used in their arcade to play those games.  And

16   the Titanium bar is like that.  It's not a bitcoin or

17   anything like that, it's not a cryptocurrency, it's a

18   utility token.  And all you can do with it is it's the

19   only currency that be used to pay for products and

20   services within the Titanium ecosystem and that's it.

21           If you want one of these virtual servers for

22   example and you want to use structures or services that

23   of our competition's because it's up longer, the

24   performance is better, and it costs less, whatever,

25   you're going to pay X number of bars for that server

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE  569**

19

1    of another company in the blockchain space that's run by

2    a legitimate businessman.

3              And that's why I'm not kidding when I say they

4    don't know what the hell they're doing.  They didn't have

5    to do it.  You know, they're taking the path of least

6    resistance.  They know damn well that in the blockchain

7    space they can get away with not doing a lot that is

8    absolutely necessary outside the blockchain subculture.

9    So that's the reasoning.  It's either, it's a combination

10   of we don't have to do it, so to hell with it, or I don't

11   know what I'm doing, I'm incompetent; those two things,

12   sir.

13             PHILLIP:  Wow.  I'm going to have to definitely

14   try and pressure these ICOs to get this accreditation

15   because I think that should be a standard.  It would

16   eliminate scam ICOs.

17             MR. STOLLAIRE:  That is exactly -- there's two

18   things that I'm doing that I'm sure you're aware of that

19   does that.  I thought about it and I'm the boy scout of

20   blockchain.  I'm the good guy.  And another thing that

21   keeps me up at night is these bad actors, that's the most

22   politically correct term I can come up with, that are

23   essentially stealing from children.  And they, these evil

24   bastards need to go to jail, and believe me, some of them

25   will very soon, okay, first of all.  But I know that I

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE 570**

22

1   Dun & Bradstreet.  If those two things don't exist --

2   these are going to be mandatory, sir -- if they don't

3   have them, screw them.  They don't qualify.  Go away.

4          And there are certainly other institutions like

5   the Better Business Bureau and Dun & Bradstreet that

6   exist around the world.  And so if those two entities are

7   not relevant to their geographical location, we will find

8   out what accreditation institutions do qualify, you know,

9   do -- are relevant, you know, for their geographical

10  location, and we'll make it mandatory and many other

11  things mandatory for anybody to be listed on our

12  platform.

13         PHILLIP:  That's really exciting.  Having a

14  Better Business Bureau on the blockchain might be a giant

15  business in itself.  So now getting to your other

16  company, I know you actually have a company that's not

17  based on blockchain that is called EHI.

18         MR. STOLLAIRE:  Right.

19         PHILLIP:  I know you have a lot of connections

20  with EHI, and you were saying in your white paper that

21  essentially Titanium is EHI 2.0.  Are your clients of EHI

22  already planning on adopting your Titanium?

23         MR. STOLLAIRE:  No.  I mean, all of them, no.

24  It's just an advantage.  You know, a lot of people have

25  jumped to that conclusion that somehow every client that

**EXHIBIT 48 PAGE  571**

23

```
 1   EHI has had over the years -- and they're a professional,

 2   EHI is a professional services organization, completely

 3   virtual.  They don't have an office like Titanium has

 4   here in north Hollywood, they never needed it, and it was

 5   unnecessary overhead.

 6           And I collected two things over the course of

 7   time, real coins, you know, and exceptional

 8   professionalism that I've come across, as soon as I come

 9   across somebody that's in like the top 10 percent of

10   people in that field, I'm all over them, getting their

11   contact information, putting reminders on my Outlook

12   calendar to keep up with them every month, asking what

13   they're doing, et cetera, and keeping those warm

14   relationships there because I use them down the road.  An

15   example of that was Accenture reaching out to EHI for

16   several resources.  And those are the -- you know, they

17   were composed -- of those people that I met over the

18   course of 20 years, right?  And so that's what EHI is.

19           But, and EHI's clients -- again, over the

20   course of a long period of time, since 1999, they're

21   household names.  So no, I want to clarify that if an EHI

22   client is, you know, listed on the EHI website, that does

23   not automatically mean that they're all looking into

24   Titanium. Frankly, it's impossible.  And if somebody said

25   that to you, including me, they would be lying.
```

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE  572**

24

1          What you do, I mean, at least for me, you know,

2     it makes more sense to concentrate -- and I'm doing this

3     now and I've said it several times -- it's better to

4     concentrate on three, four, five clients and I'm doing

5     the same thing with those clients too.  Just like these

6     great resources that I've encountered over the course of

7     time, I make sure that I keep warm relationships with my

8     customers if at all possible.

9          And so it probably not will surprise anybody

10    that I chose the companies with the warmest relationships

11    with EHI and reached out to them to say, you know, "Hey,

12    guess what?  You know, I started a new company.  It's

13    called Titanium.  It's leveraging blockchain technology.

14    And I can give you what Amazon Web Services and Azure,

15    you have with them, except it's better in several ways

16    including it costs less."  So no, it's not, you know, of

17    EHI's clients.  It's a handful or less that I'm focusing

18    on right now.

19          But I'm being very patient, I'm not being

20    pushy, and in short, what I'm doing is I'm offering them

21    the opportunity to test Infrastructure as a service in

22    their sandbox or a development environment free.  It's

23    not going to cost them anything.  I'm just saying, try

24    it.  And you do what we call a bakeoff -- there's other

25    terms, you   know -- compare them.  And if Titanium is

**EXHIBIT 48 PAGE  573**

25

1   not more, performing better and costs less, then tell me

2   go to hell. But if it does do those things, then I want

3   to take it to the next step.

4        And with larger organizations, they move like

5   the Titanic; here comes an iceberg 10 miles away, and

6   you've got to start turning.  It's a long process, but it

7   is the process.  And since I've been embedded in that

8   seasoned institution for two decades, I know what that

9   process is.  It's just like Washington D.C. and making a

10  bill into a law.  You follow the process, it takes longer

11  than you would like, people like me with little to no

12  patience get upset, you know, that it takes so long.  I

13  mean, you need so many approvals and things like that.

14  But that's how you do it, so everybody has to be patient

15  including myself and it's only a matter of time.

16       It's kind of like that one in a hundred thing

17  that I talked about with you before about this EMP and

18  the bullseye, you know, on America and the Dulles

19  Technology Corridor.  The same thing could be said of

20  these customers, these targets, and there are other

21  targets that are associated with the HI2 -- it's a

22  numbers game.  Everybody knows I'm a salesman too.  And

23  if the chances are five percent that one of them will

24  take that initial step of putting Titanium's

25  infrastructure as a service into their sandbox or

**EXHIBIT 48 PAGE  574**

26

```
1    development environment, that just means I have to ask
2    20.
3            And I will because I see if the chances are 3
4    percent, you know, that one of them is going to take it
5    to the next step and say, "Okay, you know, we're going to
6    put it in quality control, sandbox development quality
7    control and production," the chances are less and less,
8    but that just means I have to knock on a certain number
9    of doors and one of them will definitely do it.  It's
10   just probability. It's a math equation.  It's not if,
11   it's when.
12           PHILLIP:  That's an amazing aspect.  And I'm a
13   salesman as well, so I completely understand and agree
14   with you.  I love that you're offering your
15   infrastructure as basically like a sample.  That's why I
16   go to Costco sometimes is because they give free samples.
17           MR. STOLLAIRE:  (Laughter.)  My wife does that
18   that too, not me.  She loves them.
19           PHILLIP:  I know that some of your EHI
20   connections are Apple, Microsoft, eBay, PayPal, IBM,
21   Johnson & Johnson.  If you do get them as clients on the
22   Titanium platform, will you be sure to announce that to
23   your audience?
24           MR. STOLLAIRE:  Well, sir, I'm assuming that
25   this is a rhetorical question.  You bet, you know, as
```

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE  575**

27

1    long as they're okay with it.  In fact, even as soon as

2    they adopt infrastructure as a service in their

3    development environment or sandbox environment and

4    they're testing our infrastructure as a service against

5    Amazon, Azure, or whatever, I'm twisting their arm that

6    when that process takes place that I would have them

7    issue a formal press release saying that, and I'll

8    announce it as soon as them. So absolutely.  You know,

9    that's, again, that's a rhetorical question.  I'm looking

10   forward to that first announcement, and hopefully that's

11   sooner rather than later.

12            PHILLIP:  And there you have it, Altcoin Buzz

13   army.  Be sure to hit that like and subscribe button

14   along with the bell notifications.  And be sure to tune

15   in to our second video which is going to talk about the

16   theft of 16 million bar tokens along with the recent

17   firing of Titanium's CTO.

18            (Music plays.)

19            (End of audio.)

20                  *  *  *  *  *

21

22

23

24

25

Live_tapes_20180313_Session_1

**EXHIBIT 48 PAGE  576**

## TRANSCRIBER'S CERTIFICATE

I, Rachel Wong , hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings in the matter of:

TITANIUM BLOCKCHAIN INFRASTRUCTURE, PROVIDED RECORDING, LA-172-18.

Rachel Wong

_____

Transcriber

**EXHIBIT 48 PAGE  577**

# EXHIBIT 49

Live with the CEO of Titanium showing his new office for the first time EVER! - YouTube

Page 1 of 4

Video ad can be skipped.

Watch YouTube videos with Chrome.   Yes, get Chrome now.

titanium blockchain

Sign in



Top chat replay

- (W) web live  HO
- low roller sc
- 🔧 mamabo
- (C) Christian Alt
  turnout was
  👍
- 🔧 mamabo
- (C) Christian Alt
- low roller sc
  is mod? Why
- 🔧 LHernand
  Christian tha
- low roller sc
  larry and joe
- 🔧 mamabo
  donafello, th
  modding hin
- (C) Christian Alt
  sweat it my f

## Live with the CEO of Titanium showing his new office for the first time EVER!

(L&J) The Larry and Joe Show
Subscribe

1,606 views

Add to       Share       More                                    92       11

Streamed live on Mar 17, 2018
Today on the Larry and Joe show we had Michael Stollaire CEO of Titanium on. Must see!!! Live with the CEO of Titanium talking crypto and the theft!https://youtu.be/DJzvzcS_vQo

SHOW MORE

Up next



Loading...

https://www.youtube.com/watch?v=DJzvzcS_vQo

3/22/2018

EXHIBIT 49 PAGE  578

```
                                                          1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                )

4                                      )  File No. LA-04901-A

5    TITANIUM BLOCKCHAIN INFRASTRUCTURE )

6

7    SUBJECT:  Michael Stollaire, provided recording

8    PAGES:    1 through 98

9

10

11

12

13

14

15                   AUDIO TRANSCRIPTION

16

17

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                     (202) 467-9200
```

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  579**

3

1          What's happening, guys?  Today's the big day.

2     We have Mike Stollaire here with us today.

3          JOE:  Yes, he is.

4          LARRY:  He's on.  Yes.  What's going on, guys?

5      Happy -- and first of all, happy St. Patrick's Day to

6     everybody out there, no matter if you're not -- Saint --

7     not Irish or not, doesn't matter.  They say on St.

8     Patrick's Day --

9          JOE:  Everybody's Irish.

10          LARRY:  -- everybody's Irish.

11          JOE:  Yes.

12          LARRY:  Everybody's Irish, so you do what you

13     got to do to make believe you're Irish, it doesn't

14     matter, just do what you got to do, it's St. Paddy's Day,

15     all right?  How you doing?  Guys, you can hear us?

16     Everybody can hear us, okay?  "Mad echo."  Can't be a mad

17     echo.

18          JOE:  Oh, wait, hold on.  I'll fix that.

19          LARRY:  If there's another mad echo, I'm going

20     to be mad, and I'm going to get echo and I'm going to

21     crack his neck, because there can't be a mad echo here.

22     That's crazy.  Hit that echo, Joe, please.

23          JOE:  Hold on.

24          LARRY:  All right.  Joe's, Joe's hitting

25     buttons over here.  We're going to get rid of this echo.

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  580**

31

1    had seen it go down to like, like about half a penny, and

2    the next day it shot up again by like 3 pennies.  Is that

3    very normal, like what's going on there?

4         MR. STOLLAIRE:  Well, there's a good reason.

5         JOE:  Well, the volume's really low.  I know

6    that.

7         LARRY:  Yeah, but the thing is like, you know,

8    it's like it was jumping up and down.  You thought it

9    would just be dead, right?

10        MR. STOLLAIRE:  Yeah, and I'll get to that

11   after the third thing, and then I'll shut up and take the

12   questions.  There's a good reason for that.

13        LARRY:  Oh, no.  We don't --

14        JOE:  Mike, we're not going to ask like a

15   series of questions.  It's just going to be one here, one

16   there.

17        LARRY:  Yeah.  We're drawing a couple of

18   questions.  It's not going to end -- we're just going to

19   get in between, just so, you know, the chat is going kind

20   of fast, we don't want to miss some of the questions.  So

21   we'll ask you as we move on, you know, back and forth.

22   That's all.  Nothing crazy.  All right.

23        MR. STOLLAIRE:  Yes. I'm two-thirds done and

24   then we'll take the, you know, when you guys want to,

25   I'll take the questions on the fly.  But it's important

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  581**

32

```
 1    that, you know, I outline so everybody understands that's

 2    not in a technology position that it happened, we have a

 3    post-mortem, we figured out what happened, we come up

 4    with a solution, our solution was the TBAR Fork, and then

 5    we do things -- this is the last thing I'll say -- we're

 6    going to do things to make sure it never happens again or

 7    the chances are minimized that it will ever happen again.

 8             And that third thing before I shut up here,

 9    believe or not, is we made sure that the faults that were

10    associated with, that allowed bars to be taken at the

11    moment in time were taken away, you know, in the new

12    Ethereum smart contract for the TBARs.  And we took it a

13    step further and created a whole bunch of paper wallets

14    that are scattered in different areas of the globe in

15    bank deposit boxes so that these bars cannot -- there's

16    no way that people could steal so much in such a short

17    period or time, or they could steal it at all.

18             And you know, you know me, I always say my

19    middle name is Overkill, it's not Alan, it's Overkill,

20    you know?  I took it a step further again, and I'm like,

21    "Hey, man, I mean, why can't we, you know, until, you

22    know, our own, you know, wallet that makes Ledger look

23    like junk comes out, until then, why can't we just create

24    the equivalent of, you know, what Coinbase does with

25    their Vault, you know, their multi-signature Vaults so
```

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  582**

33

1   that one person cannot, you know, open, you know, the

2   NORAD thing so that something can be taken out of it, it

3   has to be at least two people?"

4       And we decided on, you know, seven, and so four

5   of seven of the consenting people within the Titanium

6   organization have to say before just on one of these

7   wallets, and believe me, there is a bunch, that the NORAD

8   thing takes place and one TBAR can come out of it.  And

9   now you know what we've done to make sure that it never

10  happens again.

11      JOE:  Wow.  And that is great.

12      LARRY:  Good.  That's awesome, that's awesome.

13      JOE:  And that is great.  And that sounds --

14  and me and Larry were talking about this before the show

15  because Larry said, what is like a cold storage, and I

16  explained to him and I said I think they also went multi-

17  sig.

18      LARRY:  Yes, you did.

19      JOE:  And yeah, thank you for saying that

20  because that right there tells me that you're keeping

21  these coins safe.

22      LARRY:  Yes.

23      MR. STOLLAIRE:  Oh, yeah.

24      JOE:  And even if you lose of them, you're

25  going to lose maybe 5 percent of them if they're

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  583**

37

1    earlier on, you know, I was saying, "Hey, it was too bad

2    because instead of doing my real job, I was hanging out

3    in developer meetings just to see what the hell was going

4    on." But me, recently, I've been doing a hell of a lot of

5    my real job in middle of this tumult and whatnot.  And I

6    did a presentation recently two, three weeks back, for

7    some dignitaries from another area of the globe -- yes,

8    I'm being purposefully vague again -- but it went

9    smashingly well and, and I have established a multitude

10   of relationships in this neck of the world.

11          And I have done that on purpose because I,

12   although I'm not, you know, stopping our current course

13   of, you know, concentrating on the heavyweights that, you

14   know, were, you know, past clients of my other tech

15   company that have the warmest relationships, we're

16   certainly going to continue that, I frankly believe that

17   emerging market areas of the globe are certainly

18   significant, you know.  We're talking about billion-

19   dollar companies still.  But I believe in these emerging

20   market areas of the globe, that these type of people are

21   going to be more likely to be more liberal or

22   significantly more liberal about saying yes to Titanium.

23

24          And by getting a foothold in this area of the

25   world, it will set across a domino effect so that

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  584**

38

1   eventually it doesn't matter what thumbtack I put in the

2   map of the globe, that we'll be able make inroads into,

3   you know, that market share in that area.  But that's,

4   you know, what I'm trying to do and I believe that

5   several, you know, of these deals are going to be closed

6   more rapidly than anyone that's listening to me or

7   watching me might think.

8          And so in a year's time, I see us outgrowing

9   our current office space, the larger office space that I

10  mentioned earlier in the same building, and we're going

11  to have a rather large office space in several offices in

12  various areas of the world to support these initiatives

13  in emerging market areas in terms of our customer basis.

14          JOE:  Got it.  Now, I guess going off-track a

15  little bit, the reason I ask you this is that I know

16  you're heavy into crypto.  Obviously, market's pulling

17  back, YouTube I think decided to pull all bitcoin ads

18  off.  Does this bother you in any way?  Because it seems

19  pretty extreme where we're at now compared to where

20  bitcoin or all other coins were just a couple months ago.

21          MR. STOLLAIRE:  Yeah.  I mean, it's been awhile

22  since I got this advice, but the best advice that I was

23  ever given about investment in general and that includes

24  the cryptocurrency space is the following, put it in,

25  keep it in, don't watch.  And I follow this rule, you

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  585**

56

1            But this tax thing, to answer your question, it

2      probably should be, given if I can do the tour, this is

3      going to be the last question unless you've got

4      something, a 911 question, is that this isn't -- I mean,

5      maybe seizing names, I didn't hear anything about that,

6      again, I was kind of, am blindfolded, or you know, got

7      the blinders on about Titanium -- seizing things, that's

8      new, but the Coinbase, and you know, the government

9      getting people's names for taxation reasons, that's been

10     going on for a good long time.

11           In fact, I'm working with Coinbase right now.

12     I've made several calls this week to get all of my 2017

13     transactions because my CPA, my accountancy in San

14     Francisco, needs it to do my taxes and those are the

15     rules. I'm not an anarchist or a criminal or anything

16     like that.  If that, those are, if that's the law, then

17     I'm going to follow the letter of the law like it or not.

18     I don't -- I do believe that the government is taking

19     way too much taxes away from people, especially in big

20     metro areas like New York City and Los Angeles, which I

21     think is absurd.  But that is the law and we intend to

22     follow it.

23           So will it change things?  Of course, it will.

24      There's going to be, there's going to be people that

25     aren't like me that don't like to follow the rules, that

Live with the CEO of Titanium showing his new office for the firs...

EXHIBIT 49 PAGE  586

58

```
1    opinion.  That applies to the SEC regulations and that

2    applies to taxation associated with in this case

3    Coinbase, cryptocurrency transactions.  And I'm happily

4    going to, as soon as I get that information, it may be in

5    my inbox right now, I think it's going to be Monday, I'll

6    happily send that to my accountancy in San Francisco, so

7    I'm following the rules.

8           LARRY:  Cool.  Very good.

9           JOE:  So basically, anybody out there, if

10   you've bought crypto and you've made money, make sure --

11   and you've collected, make sure you pay your taxes.

12          LARRY:  Yeah.

13          MR. STOLLAIRE:  Yes, yes, yes.  It's definitely

14   on the radar, you know.

15          LARRY:  Mike, just before we go, real quick, I

16   have to ask this one question because we have --

17   somebody's been asking it the whole show.  He says it's a

18   very important question.  It's about who's investigating

19   your crime and stuff.  And is there any way that you

20   could show, he keeps on asking, a proof of criminal

21   investigation or anything like that, something --

22          MR. STOLLAIRE:  Proof?

23          LARRY:  Yeah.

24          MR. STOLLAIRE:  Yeah, yeah, yeah.  I can get a,

25   I can get an actual case number.  I haven't memorized it.
```

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  587**

59

1    I can do it.  But I'll -- this is -- I want this person

2    or these people to pay attention to the following answer,

3    and I've gave the same answer on multiple occasions on

4    shows like yours, is that when I say that people probably

5    underestimate the resources that I can bring to bear,

6    especially when somebody pisses me off and does this,

7    they are, they are making a huge error.  Because when I

8    say the authorities know, I'm not talking about the

9    authorities down at this level, I'm talking about the

10   authorities up here, okay?

11           Because I've gathered, you know, I've collected

12   two things -- literally, this is no joke -- I've

13   collected two things over the course of my career, and

14   those are real coins, you know, that was why

15   cryptocurrency was not an arm twist for me, I love the

16   idea, although, you know, I like the physical kind --

17   here's an example on my desk, I don't know if you can see

18   it, you know, these are, these are proof silver eagles

19   from West Point -- I love coin collecting --

20           JOE:  Oh, wow.  Awesome.

21           MR. STOLLAIRE:  Yeah.  But the point is, is

22   that, they have, these people have no idea what they're -

23   - they have shook the wrong bee's nest, you know.  So

24   I've collected the coins and the great resources.  This

25   doesn't mean in technology.  It means across the board.

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  588**

60

1    And I owe them favors, and they owe me favors, and I

2    called in favors as soon as this happened to make sure

3    that when the authorities got involved, it wasn't down

4    here, it was way up here.

5            JOE:  Right, right.

6            MR. STOLLAIRE:  And these have no idea what

7    kind of mistake they made.  And I know the two guys that,

8    you know, I'm talking to here, you guys fans of the

9    Godfather movies at all?

10           LARRY:  Oh, yeah.  Yes, sir.

11           JOE:  How are we not?

12           LARRY:  Yeah.

13           MR. STOLLAIRE:  Oh, my god.  I'd never guess.

14   I never would've guessed.  Okay.  So it's not about the

15   Godfather movies, but I think that there's at least one

16   movie, there's got to be like, I see it like, it's got to

17   be in like 10, you know, of these mafia movies, where

18   these clever guys find out about a poker game or

19   whatever, a card game that is played every Thursday, you

20   know, that starts at 9 p.m. at, you know, of course it's

21   always an Italian restaurant, right?

22           JOE:  Yep.

23           LARRY:  Right.  In the back room.

24           MR. STOLLAIRE:  In the back of the Italian

25   restaurant.

Live with the CEO of Titanium showing his new office for the firs...

**EXHIBIT 49 PAGE  589**

# EXHIBIT 50



**EXHIBIT 50 PAGE 590**

```
                                                                    1
1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:                    )

4                                         )

5    TITANIUM BLOCKCHAIN INFRASTRUCTURE  )  LA-04901-A

6

7    SUBJECT:  Recording, WAV file

8              1:12:20 duration: Titanium TBAR

9    PAGES:    1 through 79

10

11

12

13

14

15

16                   AUDIO TRANSCRIPTION

17

18

19

20

21

22

23

24         Diversified Reporting Services, Inc.

25              (202) 467-9200
```

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 591**

2

1              P R O C E E D I N G S

2          (Video clip plays.)

3          MR. RAY:  Hello and welcome back.  This is Ray

4    at (indiscernible) signing in.

5          A lot of exciting things are happening in the

6    titanium world.  Today, we will welcome Mr. Michael

7    Stollaire, chief executive officer and founder of

8    Titanium, and talk to him about recent updates at

9    Titanium.

10          Before we do that, you're not subscribed to the

11    channel, go ahead and hit the subscribe button.  Let's go

12    ahead and wait for Michael to join in.

13              (Pause.)

14          MR. RAY:  Hello and welcome back again.  We

15    have with us Mr. Michael Stollaire, CEO of Titanium.

16    It's good to have you here, Michael.

17          MR. STOLLAIRE:  Glad to be back.  There's been

18    a long period of silence, but there's good reasons for

19    that.  And we're about to find out what they are.

20          MR. RAY:  All right, thank you.  Now, as you

21    all now, there as an announcement that Michael would be

22    coming on our channel and making a major announcement.

23    So I want to give Michael the opportunity and thank him

24    for this and make an announcement.  After that, we'll

25    continue with our questions.

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 592**

4

1          And one last thing, you know I'm a visual guy.

2     If I'm silent for a long period of time, other than

3     doing my job, as a guy that grew up in the country, I'm

4     pretty good with guns and bows.  I was a competitive

5     archer.  I'm silent.  I want you to envision this.

6          MR. RAY:  Getting it ready.

7          MR. STOLLAIRE:  Now, I'm going to let the first

8     arrow go.  Right now.

9          MR. RAY:  (Laughter.)  We're all ready to hear

10    that.

11         MR. STOLLAIRE:  Good, so we're going to talk

12    about Bordex (phonetic).  Bordex is a truly decentralized

13    exchange in the state of the art decentralized market.

14         Like in any decentralized exchange, any trades

15    will occur directly between Bordex users -- peer-to-peer.

16    I bet you like that, Ray, and a lot of other people,

17    right?

18         MR. RAY:  Yes, yes.

19         MR. STOLLAIRE:  Bordex's goal is for total user

20    liquidity for their funds at all times.  The biggest

21    advantage of Bordex will be that users don't need to

22    worry about people who run the exchange, like with

23    centralized exchanges simply because user funds are held

24    by the users themselves in their personal wallet.

25         Bordex is going to usher in a new era of

**EXHIBIT 50 PAGE 593**

5

1   exchange liquidity, decentralization, and security.

2            The reason I chose to wait on announcing Bordex

3   is I was going to say my mantra, but, Ray, it's our

4   mantra:  Under promise, over deliver.

5            MR. RAY:  Right.

6            MR. STOLLAIRE:  Now that the project is fully

7   lined up, I'm ready to promise through our collaboration

8   with Project Poma (phonetic), Titanium Now has the best

9   team of developers, engineers, and block chain brains in

10  the Southern Hemisphere.

11           That's right.  I've secured and locked this in.

12    it's a done deal.

13           Now, here's the announcement.  The past weeks

14  have brought some unanticipated and exciting developments

15  for Titanium.  I'm talking about hardcore results, ladies

16  and gentlemen, not promises.

17           As a representative of Project Poma and Team

18  Titanium, I've asked you for this interview to make this

19  announcement.

20           Our communities deserve the best products,

21  communication, and customer service.  Period.

22           I have to ask you to forgive by speaking in

23  board terms.  I can't reveal too much about Poma's

24  technology, as I'm sure you understand.

25           So here we go.  We and the Poma partnership,

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 594**

6

1   Titanium has secured a fully functioning utility that

2   TBAR tokens can use much sooner than anticipated.  I'm

3   talking about a functional, real-life use case for TBAR

4   tokens -- already well under developed.

5            It's not a vision, it's here.  And here's how

6   it will work.  Poma has developed a turn-key payment

7   system focused on support for the most used CMS systems

8   in the world -- WordPress drives.  Thirty percent of all

9   websites and webshops is therefore the most used CMS

10  worldwide.

11           For this reason, Pomas has chosen to launch

12  their initial support system through this platform.  With

13  this online payment system, Poma's focus is online e-

14  commerce.  More specifically, plug-ins, add-ons, and

15  extensions.

16           The TBAR token will be accepted in exchange for

17  this service in real, everyday life soon.

18           MR. RAY:  Wow, that's huge.

19           MR. STOLLAIRE:  Thirty percent.

20           MR. RAY:  Thirty percent of the Web uses

21  WordPress.

22           MR. STOLLAIRE:  Not three.

23           MR. RAY:  Thirty percent.

24           MR. STOLLAIRE:  Thirty.

25           MR. RAY:  Wow, that's huge.

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 595**

7

1          MR. STOLLAIRE:  Well, I told -- I did say.  I

2    wasn't kidding.  Facts do not lie.  WordPress is the top

3    content management system in the world -- no matter what

4    people say.  You can't argue with numbers.

5          The facts are clear:  27 percent of the

6    internet is powered by WordPress, and 20 percent is self-

7    hosted by its owners, and this means close to -- wait for

8    it -- 40 million websites.

9          MR. RAY:  Oh, my gosh, 40 million websites, and

10   TBAR would be used as a payment system for the turnkey

11   payment system.

12         MR. STOLLAIRE:  Mm-hmm.

13         MR. RAY:  This is massive.  This is massive.

14         MR. STOLLAIRE:  Oh, yeah.  Huge -- well I was

15   going to use other words, but, hey, I'll just let you do

16   it.  (Laughter.)

17         But we're not done yet.  Project Poma's turn-

18   key payment system will be implemented for many of the

19   most widely used open-source CMS platforms, such as

20   Droopel (phonetic), Magenta (phonetic), and others.

21         Joint marketing between Project Poma and

22   Titanium will aid rapid adoption of TBAR's use in these

23   systems, as well.

24         I'll say it again, the TBAR token is going to

25   be accepted in exchange for this service just like paper

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 596**

8

1   money would in the old days.

2         You want to hear more, Ray?

3         MR. RAY:  I'm ready.  This is good.  This is

4   good.

5         MR. STOLLAIRE:  What's good -- I'll say and

6   just as a break, what are we doing?  There was a time

7   where things were happening, and there was a --

8         MR. RAY:  (Indiscernible.)

9         MR. STOLLAIRE:  -- response.  And I'm like,

10  what's going on, Mike?  We're doing our job.

11        MR. RAY:  Yes.

12        MR. STOLLAIRE:  We said we'd do this, and we're

13  doing it.  This is all I'm announcing today.  We said

14  we'd do things like this.  Do not be surprised that we're

15  actually doing it, okay?

16        MR. RAY:  Wow.  This is -- go ahead.

17        MR. STOLLAIRE:  Gateways and systems -- I'm

18  almost done.  The payment gateways and systems are not

19  only suitable for websites and web shops.  With a few

20  clicks -- wait for it -- restaurants, hotels, and bars,

21  for example, can quickly and simply gain access through a

22  planned integration in various booking applications that

23  already exist.

24        MR. RAY:  Cool.  So we have real-world

25  applications using TBAR in their ecosystems through the

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 597**

9

1    payment system.

2            MR. STOLLAIRE:  Mm-hmm.

3            MR. RAY:  That is great.

4            MR. STOLLAIRE:  One extension.

5            MR. RAY:  Okay.

6            MR. STOLLAIRE:  I didn't want to be the jerk

7    that stole the show here for half the show.  I could go

8    on for a while.

9            MR. RAY:  No, this is your time to -- Titanium

10   -- this is Titanium's time to showcase their products

11   along with Poma, and this collaboration has been the best

12   thing that could have happened along with the others, I'm

13   sure.

14            But I'm sure that -- I was just looking up

15   this, in fact, to add -- just roll off some statistics

16   out there to make sure that we got this right.  Almost 30

17   percent of the Web, of the total Web uses the WordPress

18   for their support.

19            And Poma and you guys are developing a support

20   system and using TBAR for their payment system, for their

21   online.

22            Now, I was just looking -- as you were talking

23   there, I was looking at some of the other statistics.

24   There's one more thing -- 60 million people use the

25   WordPress for either vlogs, content management sites --

            2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 598**

10

1   60 million.  There's (indiscernible) of getting that,

2   along with that --

3           MR. STOLLAIRE:  Only 20 percent of the United

4   States, Ray.  No big deal.

5           MR. RAY:  And there was one more -- I think you

6   heard about there are plug-ins for the WordPress.  I

7   think about 14,500 or something plug-ins so you're

8   looking at a massive exposure where if you have it -- and

9   you said that you already have the development payment

10  system --

11          MR. STOLLAIRE:  Yeah.

12          MR. RAY:  And you're having --

13          MR. STOLLAIRE:  Yeah, I've got a couple more

14  things to say and I'll be done.  But I've seen betas.

15          MR. RAY:  Wow, this is great.  This is -- you

16  know, Michael, to be honest --

17          MR. STOLLAIRE:  One more thing -- one more

18  thing, and then I'll shut up.  I swear to God.

19  (Laughter.)

20          MR. RAY:  Go ahead, go ahead.

21          MR. STOLLAIRE:  Because this is --

22          MR. RAY:  I was just excited, and I was looking

23  up some of the information.  This is huge news.  Okay, go

24  ahead, Michael.

25          MR. STOLLAIRE:  Yeah, because the days of this

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 599**

11

1   -- even myself -- the days of the visionary stuff about

2   this is what we're going do to kind of thing, they're

3   over.  I'm forcing it upon my own company, anybody that's

4   on our ICO Incubator (phonetic) platform at all, it has

5   to turn into -- without -- it's going to be a leather

6   jacket in this case, instead of a turtleneck, right?

7          It has to be Steve Jobs walks on out there,

8   we're working on a new product.  It's called the iPhone,

9   and there it is.

10          MR. RAY:  Yeah.

11          MR. STOLLAIRE:  So I just did that today for

12   you.  I promised what I said I'd do on your show.  I

13   delivered.

14          MR. RAY:  Thank you.

15          MR. STOLLAIRE:  I say it happens.  It happens.

16    There you are.

17          MR. RAY:  We're honored to have this -- so this

18   is great.  This is great.  Do you want to add anything to

19   that?

20          MR. STOLLAIRE:  Well, we're just -- you know,

21   again, we're partnering ourselves with the best block

22   chain companies, not projects.  You want a project?  Go

23   build that treehouse for your kids in the backyard, all

24   right?  Just don't get in touch with and tell me about

25   it.  I don't want to know about it.

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 600**

20

1    people like myself do, and it's our ultimate achievement

2    for any customer is 12 to 18 months down the road, it

3    still is.

4           But we're watching it.  We're always watching

5    it, always watching it.  And that's what enterprise

6    management tools do.

7           And as soon as we can predict -- what if --

8    causal/analysis scenario, that in 12 months or six months

9    or whatever, that this piece of the infrastructure needs

10   to be fine tuned.

11          Something is wrong with the software code.  It

12   needs more processor.  It needs more memory.  The disk is

13   not going to handle it any longer.  We need more disc,

14   but we need more robust disk in the form of SSDs.

15          MR. RAY:  Okay.

16          MR. STOLLAIRE:  All this feedback is coming

17   back now.  Now, we've got what I did for 20 years, except

18   it's the first time, setting a precedent that enterprise

19   management has been brought to blockchain technology by

20   Titanium.

21          MR. RAY:  Cool.

22          MR. STOLLAIRE:  Never before, first time.

23          MR. RAY:  Cool.  That makes sense.

24          All right, the next question I have for you.

25   In our last interview, there was mention about some deals

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 601**

                                                                    21

1    and issues, specifically Thailand.  Do you have any

2    information or any updates regarding that?

3             MR. STOLLAIRE:  Yeah.

4             MR. RAY:  And any prospective client deals in

5    the pipeline?

6             MR. STOLLAIRE:  Yeah, I can say this that the

7    San Francisco, as you can imagine, Mike being Mike and

8    coming out there and saying, I'm going to show you how to

9    change the world in 50 minutes, that kind of caught their

10   attention, you know?

11            It's like I had an active, captive audience.

12   And that went exceptionally well.

13            Now, there are things that are -- there's this

14   thing called the Serenity Prayer, is you have to have the

15   patience to know what's under your control and not; and

16   know the difference between the two of these things.

17            Now, I know what I've got control over -- my

18   presentation, my capability to convince people that

19   Titanium is an exceptional precedent-setting technology,

20   and I have control over that.

21            Now, what I don't have control over is

22   political maneuvers in certain countries.  And right now

23   they're going under a soft military coup.  And we don't

24   know who the President is going to be.

25            And it's not like the United States where

**EXHIBIT 50 PAGE 602**

22

1    there's a bunch of mudslinging that goes on, and

2    eventually somebody goes into office -- whether anybody

3    likes it or not.  And suddenly their opponent is smiling

4    and shaking their hand, which (indiscernible) and all

5    that stuff, oh, yes, you're a great guy.  I wish you

6    luck.

7          In other countries, it can be violent.  It can

8    cause civil unrest.  And my contacts in that area, I got

9    in touch with them, I'm like, hey, let's -- when can I

10   come and identify the people?

11         It wasn't hard.  They came up to me.  It's

12   like, here's my business card.  Give it to me.  You know

13   it was like that.  I said, let's set up the follow-up

14   meetings.

15         Instead of them coming to San Francisco, it's

16   my turn.  I'll go to Bangkok.  Let's set up -- we know

17   that these are the hot spots.  We're taking more steps

18   along those lines of identifying the hot spots that make

19   sense for Titanium and setting up more concrete stuff

20   there I'll say.

21         MR. RAY:  Okay.

22         MR. STOLLAIRE:  It's just right now -- and I

23   said, hey, I got in touch with them.  We're like, hey, I

24   know how to set up a corporation in the United States and

25   all that stuff.  Are you guys ready to get

                2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 603**

23

1    (indiscernible) please just let's get the process started

2    in terms of setting up an office in Thailand.

3              And they said, hey, now, Mike, it's not the

4    time.  And in typical form -- and again, this is good,

5    didn't you see the news?  No, I work 24/7 for Titanium.

6    I'm here in this office before everybody.  I leave after

7    everybody -- Saturday and Sunday.  What's going on now?

8              And it's really the truth.  I don't know what's

9    going on in the news.  People have to tell me about it.

10   And they're like, wow, there's a military coup going on

11   here.

12             MR. RAY:  Wow.

13             MR. STOLLAIRE:  I'm like, oh, that's a sticky

14   wicket, isn't it?

15             MR. RAY:  Yeah.

16             MR. STOLLAIRE:  So we're thinking about other

17   locations.  I can't say anything for certain, okay.

18             MR. RAY:  No problem.

19             MR. STOLLAIRE:  But we're all over it is what I

20   can say.  But we have to be patient in this particular

21   case.

22             MR. RAY:  I understand.

23             MR. STOLLAIRE:  It's not the (indiscernible)

24   it's just they're business owners, too.  And when a

25   regime, an administration change occurs in the United

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 604**

24

1   States, we wait for that new administration to get in

2   there.

3           And they say, here's what we're going to

4   do for taxation, welfare, all this other stuff that comes

5   up that will directly or indirectly affect that business.

6           And only when these are set in stone, or even

7   vaguely and then set in stone, then they'll start taking

8   actions in terms of looking at their budget, allocating

9   resources, and so we're waiting on that in that country,

10  but we're not waiting in others.  We're going after

11  those.

12          MR. RAY:  So the wheels are in motion.

13          MR. STOLLAIRE:  Yeah.

14          MR. RAY:  There's work being done.  So that's

15  great to know.  Okay, I'm sure that when you're ready for

16  that, we'll probably have another win-win interview, and

17  we can do that --

18          MR. STOLLAIRE:   Sure thing.

19          MR. RAY:  All right, now coming back to that, I

20  talked about the end of the second quarter, which is June

21  30th, has some big milestones on the roadmap.  The beta

22  releases for the Titanium blockchain and the wallet.

23          MR. STOLLAIRE:  Yeah.

24          MR. RAY:  With close to eight weeks left, and

25  are we good on the schedule and the timeline since this

2018.05.02 Titanium Blockchain TBAR Project

**EXHIBIT 50 PAGE 605**