1 | DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
2 | DAVID S. BROWN (Cal. Bar No. 134569)
Email: browndav@sec.gov
3 |
Attorneys for Plaintiff
4 | Securities and Exchange Commission

5 | Joseph G. Sansone, Unit Chief (Market Abuse Unit)
New York Regional Office
6 | 200 Vesey Street, Suite 400
New York, New York 10281
7 |
Robert A. Cohen, Unit Chief (Cyber Unit)
8 | Headquarters
100 F Street, N.E.
9 | Washington, District of Columbia 20549

10 | Michele Wein Layne, Regional Director
Amy Jane Longo, Regional Trial Counsel
11 | 444 S. Flower Street, Suite 900
Los Angeles, California 90071
12 | Telephone: (323) 965-3998
Facsimile: (213) 443-1904
13 |

**FILED**
CLERK, U.S. DISTRICT COURT

5/22/18

CENTRAL DISTRICT OF CALIFORNIA
BY:                    DEPUTY
CS

**LODGED**
CLERK, U.S. DISTRICT COURT

5/22/18

CENTRAL DISTRICT OF CALIFORNIA
BY:                    DEPUTY
CS

14 |                **UNITED STATES DISTRICT COURT**

15 |                **CENTRAL DISTRICT OF CALIFORNIA**

16 |

17 | SECURITIES AND EXCHANGE
COMMISSION,
18 |
                         Plaintiff,
19 |
              vs.
20 |
TITANIUM BLOCKCHAIN
21 | INFRASTRUCTURE SERVICES, INC.;
EHI INTERNETWORK AND
22 | SYSTEMS MANAGEMENT, INC. aka
EHI-INSM, INC.; and MICHAEL
23 | ALAN STOLLERY aka MICHAEL
STOLLAIRE,
24 |
25 |
                         Defendants.
26 |
27 |
28 |

Case No. **CV18-4315-DSF(JPRx)**

**SUPPLEMENTAL DECLARATION OF
DAVID S. BROWN**

**(FILED UNDER SEAL)**

**SUPPLEMENTAL DECLARATION OF DAVID S. BROWN**

I, David S. Brown, declare, pursuant to 28 U.S.C. § 1746, as follows:

  1. I am an attorney admitted to practice law by the State Bar of California. I am employed by the U.S. Securities and Exchange Commission (the "Commission") as a staff attorney in the Division of Enforcement in the Los Angeles Regional Office in Los Angeles.  I make this supplemental declaration in support of the Commission's *Ex Parte* Application For Temporary Restraining Order and Orders: (1) Freezing Assets; (2) For Accountings; (3) Prohibiting the Destruction or Alteration of Documents; (4) Expediting Discovery; (5) Appointing a Temporary Receiver; and Order To Show Cause Why A Preliminary Injunction Should Not Be Granted and Appointment of a Permanent Receiver.  I have personal knowledge of each of the matters set forth below based on the files and records the Commission has obtained, and, if called as a witness, I could and would competently testify to the facts stated herein.

  2. Attached hereto as Exhibit 73 is a true and correct copy of excerpts of "TBIS Weekly: GitHub, Consensus 2018, and a Mystery Logo" published on steemit.com on or about April 20, 2018, which I downloaded and printed on May 21, 2018.

  3. An officer of the Commission acting pursuant to the Formal Order issued a subpoena duces tecum to U.S. Bank for copies of, among other things, records showing recent transactions in the account held in the name of TBIS.  U.S. Bank responded to the subpoena and produced monthly statements for April 2018 and outward payment reports, along with an affidavit from its custodian of records, true and correct copies of excerpts of which are attached hereto as Exhibit 74.

  4. Attached hereto as Exhibit 75 are true and correct copies of photographs of the EHI website that I took and printed on May 21, 2018.

//

//

1

1      I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3      Executed this 21st day of May, 2018 at Los Angeles, California.

4

5   _____

6                    David S. Brown

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

# EXHIBIT 73



Trending
(/trending/cryptocurrency)

New (/login.html)

Login (/login.html)

Sign up (https://signup.steemit.com/?h)

# TBIS Weekly: GitHub, Consensus2018, and a Mystery Logo

**tbis** (37) ▾ **(/@tbis)** in **cryptocurrency (/trending/cryptocurrency)** • last month



EXHIBIT 73 PAGE 3



Trending
(/trending/cryptocurrency)

# *Hello Everyone!*

Welcome back to another edition of TBIS Weekly. We were thrilled with the response from our first publication and glad everyone enjoyed it. We have some special topics to discuss this week, such as exciting employee spotlights and a new exchange! As usual, the questions submitted were of top quality and we want to thank you for asking them, as they stimulate real answers from the team!

**You can submit questions here:**
**https://goo.gl/bX4F11**

# *New Exchange*

EXHIBIT 73 PAGE 4



Trending          New pic (login.html)     Sign up ot
                                           (https://signup.steemit.com/h)t



https://steemit.com/cryptocurrency/@tbis/tbis-weekly-github-consensus2018-and-a-mystery-logo                    5/21/2018



steemit    Trending    Newgin (/login.html)    Sign up
           (/trending/cryptocurrency)    (https://signup.steemit.com/)

Titanium is happy to announce that TBAR has been listed on FuBT, a top Hong Kong exchange with a promising future.

Fubtian Domestic Station (Yanxing Network) has undergone a new revision with full upgrades in terms of technology, policy, direction, and other aspects. FuBT aspires to be an industry leader and aims to achieve a first-class international platform. It strives to contribute to the blockchain industry.

We are very pleased to be listed on FuBT! Currently only **Chinese citizens** can purchase TBAR , however they are expecting to be trading globally soon, at:

https://www.fubt.top/

# *Titanium Team Spotlight*



EXHIBIT 73 PAGE 6

**Hannes De Beer** has been promoted to Creative Director for TBIS! Hannes has a very professional background within this technological field. After



To cast your vote, please visit https://goo.gl/DxQaJE

# *Community Voice*

*Q*: When will github information be released?

*A*: TBIS loves open source projects and fully supports them. We will be working open sourcing much of what we build as time goes on and allows us to. Titanium is alike other companies, such as Netflix and AirBnB, as they do not give out all of what they build, but the snippets they do release are extremely cool and highly useful.

*-Edward Wilson, Backend Engineer.*


EXHIBIT ___ PAGE ___ 7

*Q*: How do you pick your partnerships (for instance, other crypto projects) and what advantages do they bring to the Titanium team?



*A*: All future partnerships are based on merit and project interest. We are always on the lookout for new tech or projects that align with our goals and ideals. TBIS has a couple of strategic partnerships coming up that we will be announcing soon!

*- Richard Silver, COO.*

*Q*: After the fork, what is the total supply of TBAR? What happened to the other TBAR?

*A*: TBAR total supply is 60 million with a current circulating supply of 43,222,415 million .

*-Monte Cristo, Community Manager*

*Q:* It has been previously mentioned that masternodes will be implemented into the TBIS Blockchain. Is this still a go and will there be tiered functionality? Furthermore, how will these masternodes play into supporting the IaaS and PaaS that Titanium will be offering?

*A*: Masternodes are still a go - they are planned to be tiered, but we are still developing the blockchain and the wallet - the masternodes depend on both of those. We do not have values yet, as we are still working out the masternode functionality.

Currently masternodes are planned for ledger maintenance. I do not see much functionality if any for MNs in IaaS or PaaS, but since we are still in development of all of those components, something could come up for MNs in that realm.

*-Daniel Bereczki, CTO.*

**EXHIBIT 73 PAGE 8**

# EXHIBIT 74

# **US bank**

**Business Statement**

Account Number:
⬛⬛⬛⬛ 6688

Statement Period:
Apr 2, 2018
through
Apr 30, 2018

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3976        TRN                  S           Y        ST01

Page 1 of 8



000153737 02 SP        106481568809939 E
TITANIUM BLOCKCHAIN INFRASTRUCTURE
SERVICES INC
DBA TBIS
5250 HIGHBANKS RD STE 250
SPRINGFIELD OR  97478-7691

☎                                    ***To Contact U.S. Bank***

***24-Hour Business
Solutions:***                             1-800-673-3555

***U.S. Bank accepts Relay Calls***
***Internet:***                          usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Important Note:** Effective May 14th, 2018:

- The Overdraft Protection Transfer fee:
  - ➢ Will be removed on automated transfers from U.S. Bank Business Deposit Accounts linked as Overdraft Protection.
  - ➢ Will be $12.50 for each automated transfer from linked U.S. Bank Business Credit Card and Business Reserve Line Accounts and will be assessed to the business checking account.
- The Extended Overdraft Fee will change from $25.00 per week.  If the available account balance remains negative for seven consecutive calendar days, a fee of $36.00 is charged on the eighth calendar day.
- The Business Reserve Line Annual fee of $20 will be eliminated going forward.

There is no fee assessed when you manually transfer funds between the Business Reserve Line and a business checking account. You can manually transfer funds through online banking, mobile banking, in the branch or through our telephone bankers.

These changes serve as updates to the *Business Pricing Information Brochure* and *Your Deposit Account Agreement*.  For any questions, please visit your local branch or call 800.673.3555.

---

## SILVER BUSINESS CHECKING                                              *Member FDIC*

U.S. Bank National Association                          **Account Number** ⬛⬛⬛⬛ -6688

### Account Summary

|                                    | # Items |    |          |
|------------------------------------|---------|----|----------|
| Beginning Balance on Apr 2         |         | $  | 38,967.43 |
| Other Deposits                     | 7       |    | 261,609.84 |
| Card Withdrawals                   | 45      |    | 26,690.94- |
| Other Withdrawals                  | 54      |    | 230,153.59- |
| Checks Paid                        | 5       |    | 10,179.88- |
| **Ending Balance on  Apr 30, 2018** | $      |    | **33,552.86** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Apr 11 | Electronic Deposit  REF=181000066624660N00 | From COINBASE.COM/BTC  1455293997888908793C88W6XRDAD30 | | $ | 54,907.39 |
| Apr 17 | Electronic Deposit  REF=181060129524570N00 | From COINBASE.COM/BTC  1455293997888908793DNT1A25AD30 | | | 23,580.06 |
| Apr 23 | Electronic Deposit  REF=181100063571300N00 | From COINBASE.COM/BTC  14552939978889087930ILC8PE23AD30 | | | 81,220.59 |
| Apr 25 | Electronic Deposit  REF=181140047969850N00 | From COINBASE.COM/BTC  14552939978889087930YB6UU1YJAD30 | | | 75,789.65 |
| Apr 27 | Electronic Deposit  REF=181170071618010N00 | From PAYPAL  PAYPALRD33VERIFYBANK4AJDDTKPZFYT 2 | | | 0.15 |
| Apr 27 | Electronic Deposit  REF=181170071618000N00 | From PAYPAL  PAYPALRD33VERIFYBANK4AJ7PWT7J6YT2 | | | 0.18 |

EXHIBIT 74 PAGE 9

SEC-USB-P-0000031



**US bank.**

TITANIUM BLOCKCHAIN INFRASTRUCTURE
SERVICES INC
DBA TBIS
5250 HIGHBANKS RD STE 250
SPRINGFIELD OR 97478-7691

**Business Statement**

Account Number:
█████ 6688

Statement Period:
Apr 2, 2018
through
Apr 30, 2018

Page 2 of 8



| SILVER BUSINESS CHECKING | | | | (CONTINUED) |
|---|---|---|---|---|

U.S. Bank National Association      **Account Number** █████-6688

**Other Deposits (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 27 | Electronic Deposit REF=181160148033780N00 | From COINBASE.COM/BTC 14552939978889087930G0GUWZFCAD30 | | 26,111.82 |
| | | **Total Other Deposits** | **$** | **261,609.84** |

**Card Withdrawals**

Card Number: xxxx-xxxx-xxxx-1073

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 2 | Debit Purchase - VISA GOOGLE *PROJECT ************1073 | On 033118 g.co/helppay CA REF # 2469216809010019482451 9 | 0100194824 | $ 58.99- |
| Apr 2 | Debit Purchase - VISA HARBOR COMPLIANC ************1073 | On 033018 717-723-9317 PA REF # 2480197808972627260457 2 | 9726272604 | 1,039.00- |
| Apr 3 | Debit Purchase - VISA PAYPAL *GHOSTTEH ************1073 | On 040218 402-935-7733 CA REF # 2449215809289480160871 8 | 2894801608 | 3,317.50- |
| | | **Card 1073 Withdrawals Subtotal** | **$** | **4,415.49-** |

Card Number: xxxx-xxxx-xxxx-6844

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 3 | Debit Purchase 033853 ************6844 | ALBERTSONS STORE SPRINGFIELD OR On 040218 ILNKILNK REF 809212033853 | 5304020726 | $ 1,505.85- |
| Apr 6 | Debit Purchase - VISA 76 - UNITED PACI ************6844 | On 040518 SPRINGFIELD OR REF # 2401517809500091912056 | 5000919512 | 37.40- |
| Apr 6 | Debit Purchase - VISA CLAIM JUMPER TUA ************6844 | On 040518 SEATTLE WA REF # 2443106809620608810018 9 | 6206088100 | 63.00- |
| Apr 10 | Debit Purchase - VISA COMCAST PORTLAND ************6844 | On 041018 800-266-2278 OR REF # 2469216810010012537534 0 | 0100125375 | 169.90- |
| Apr 12 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041118 EUGENE OR REF # 2471705810212102700925 0 | 2121027009 | 0.55- |
| Apr 12 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041118 EUGENE OR REF # 2471705810212102700639 7 | 2121027006 | 1.00- |
| Apr 12 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041118 EUGENE OR REF # 2471705810212102699169 8 | 2121026991 | 1.25- |
| Apr 12 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041118 EUGENE OR REF # 2471705810212102698747 2 | 2121026987 | 2.40- |
| Apr 12 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041118 EUGENE OR REF # 2471705810212102700073 9 | 2121027000 | 2.40- |
| Apr 12 | Debit Purchase - VISA SQ *NOISETTE PAS ************6844 | On 041118 EUGENE OR REF # 2449215810174026076473 3 | 1740260764 | 11.00- |
| Apr 13 | Debit Purchase - VISA CITY OF EUGENE P ************6844 | On 041218 EUGENE OR REF # 2471705810312103774618 9 | 3121037746 | 0.75- |

EXHIBIT 74 PAGE 10

SEC-USB-P-0000033



TITANIUM BLOCKCHAIN INFRASTRUCTURE
SERVICES INC
DBA TBIS
5250 HIGHBANKS RD STE 250
SPRINGFIELD OR 97478-7691

**Business Statement**

Account Number:
[ ] 6688

Statement Period:
Apr 2, 2018
through
Apr 30, 2018

Page 6 of 8



## SILVER BUSINESS CHECKING (CONTINUED)

U.S. Bank National Association  Account Number [ ]-6688

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 13 | Electronic Withdrawal REF=181020152244540N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,064.93- |
| Apr 13 | Electronic Withdrawal REF=181020152244550N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,246.26- |
| Apr 13 | Electronic Withdrawal REF=181020152244560N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,327.64- |
| Apr 13 | Electronic Withdrawal REF=181020152244570N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,762.45- |
| Apr 13 | Electronic Withdrawal REF=181020152244580N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 5,607.25- |
| Apr 18 | Electronic Withdrawal REF=181070117748340N00 | To PAYPAL PAYPALSI77INST XFER AKOCH471 | | 86.61- |
| Apr 18 | Electronic Withdrawal REF=181070139935570N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,458.33- |
| Apr 19 | Electronic Withdrawal REF=181090038701410N00 | From Payroll 1943345425Tax 9525104 | | 2,891.56- |
| Apr 19 | Electronic Withdrawal REF=181090038701420N00 | From Payroll 1943345425Tax 9525104 | | 3,085.07- |
| Apr 20 | Electronic Withdrawal REF=181090070385840N00 | From IRS 3387702000USATAXPYMT227851066029902 | | 12,207.88- |
| Apr 23 | Wire Debit REF003196 BNF=MTACC INC 3160 CROW | TD BANK NA OF COLU 180423034930 CANYON RD STE 220 | | 4,800.00- |
| Apr 23 | Wire Debit REF003243 BNF=MTACC INC 3160 CROW | TD BANK NA OF COLU 180423035305 CANYON RD STE 220 | | 8,794.00- |
| Apr 24 | Express Bill Payment | Overnight Fee | | 14.95- |
| Apr 25 | Electronic Withdrawal REF=181150088659440N00 | From DENA R SINGER CP 9215986202SALE | | 560.00- |
| Apr 25 | Wire Debit REF003569 BNF=MICHAEL STOLLAIRE NO | JPMORGAN CHASE BAN 180425030665 ADDRESS PROVIDED | | 100,000.00- |
| Apr 26 | Electronic Withdrawal REF=181160088092100N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 460.07- |
| Apr 26 | Electronic Withdrawal REF=181160088092110N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,155.50- |
| Apr 26 | Electronic Withdrawal REF=181160088092120N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,169.85- |
| Apr 26 | Electronic Withdrawal REF=181160088092130N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,193.44- |
| Apr 26 | Electronic Withdrawal REF=181160088092140N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,226.52- |
| Apr 26 | Electronic Withdrawal REF=181160088092150N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,365.79- |
| Apr 26 | Electronic Withdrawal REF=181160088092160N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,404.39- |
| Apr 26 | Electronic Withdrawal REF=181160088092170N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,512.83- |
| Apr 26 | Electronic Withdrawal REF=181160088092180N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,534.04- |
| Apr 26 | Electronic Withdrawal REF=181160088092190N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 1,548.67- |
| Apr 26 | Electronic Withdrawal REF=181160088092200N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 2,069.97- |
| Apr 26 | Electronic Withdrawal REF=181160088092210N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,064.92- |
| Apr 26 | Electronic Withdrawal REF=181160088092220N00 | From PAYROLL 4462800242PAYROLL 9525104 | | 3,246.27- |

EXHIBIT 74 PAGE 11

SEC-USB-P-0000037

```
Actioned by :-              A701106   OUTWARD PAYMENT REPORT        RPT1106    PAGE    3313
DEPARTMENT :- OR            ------------------------------------   04/25/2018  20:20   CST
```

```
                      Cops Details
                      ------------

PAR          : 180425030665
MAR          :
Direction    : SENT              Priority          : N
Payment Method: FEDWIRE          Department        : OR
Hash Amt     : USD 100,000.00    Charges For       : BENEFICIARY
               USD 100,000.00    Original Amt  :
Amt          : 100000.00         Value Date        : 04/25/2018
Date Sent    : NOT SENT YET      Payment Date      : 04/25/2018
BFN :          CTR
Fed Type:      1000              SWIFT Address     :
Advise Ben   : NO                Advise 3rd Party Ben : NO
Payment Ref  : 180425030665      Repair Level      : NO REPAIR
Reference :    180425030665
Charge Profile: DEFAULT
Charges      : USD  0.00

Debit:                           Receiver
Sort Code : NOT AVAILABLE        Sort Code : FW322271627
A/c: ██████6688                  A/c: ██████0020
5250 HIGHBANKS RD STE 250        Bank Operation Code :
SPRINGFIELD                      CRED

Originator :                     Account with Bank :
██████6688                       //FW322271627
TBIS                             JPMORGAN CHASE BANK NA SEATTLE WA
5250 HIGHBANKS RD STE 250        SEATTLE
SPRINGFIELD, OR, 97478           WA

Beneficiary :                    Charges :
██████722                        SHA
MICHAEL STOLLAIRE
NO ADDRESS PROVIDED

CALLER:                          OBI :
JATAYLO/I/FN0613                 RE: PAYOFF LINE OF CREDIT

Origin ID                        Hogan Reason (DR/CR)
I401                             /HY00/   /
```

EXHIBIT 74 PAGE 12

SEC-USB-P-0000084



Actioned by :-                          A701106    OUTWARD PAYMENT REPORT                    RPT1106    PAGE    3316
DEPARTMENT :- OR                                                                            04/25/2018  20:20    CST

{PAR:180425030665                    }
{ID:00984}
{ABBR:JPMORGAN CHASE SEA}
{TYP:WIN}}


                              NOR Text Details
                              ----------------


NOR TEXT = :
{NOR:}


                         PAYTRAN Details
                         ---------------


    665           20180425141720100TEMP                         6688                    425
141720TEMP                         000153669396688      1000000000001000000007CMT  180425030665
    2018042520180425PCTRS1000180425030665    JATAYLO          20180425134752JATAYLO
20180425134752000153669396688       TEMP                      D0098402020538112020O            OREGO
N FED DUE FROM          G00984F123000220US BANK OREGON*  US BANK OREGON        F322271627JPMORGAN CHASE SEA
* JPMORGAN CHASE BANK NA SEATTLE WA  USD00000001000000000USD00000001000000000USD00000001000000000 000000000000000000000000
0000          P180425030665


                                                    0665
                                   20180425MMQFMP31003569      CRED   :50K:          6688
    TBIS                   5250 HIGHBANKS RD STE 250      SPRINGFIELD,OR,97478

              :59:        722              MICHAEL STOLLAIRE      NO ADDRESS PROVIDED
                                            RE: PAYOFF LINE OF CREDIT


      000000000000000000000000000000000000   000  00000000 XA***********D****1***
                  00000000


                                                              000000


EXHIBIT 74 PAGE 13

SEC-USB-P-0000087

AFFIDAVIT OF CUSTODIAN OF RECORDS 

usbank.com

STATE OF MINNESOTA  )
                    )  ss.
COUNTY OF HENNEPIN  )

I, M. Kathleen Patton, being duly sworn, depose and state as follows:

1.      I am the Legal Records Custodian of U.S. Bank National Association, a corporation duly organized and existing under the laws of the United States, with offices at 800 Nicollet Mall, Minneapolis, Minnesota 55402, and as such have been designated as the Custodian of Records for the purpose of responding to the attached Subpoena Duces Tecum.

2.      The documents delivered with this Affidavit in response to the Subpoena represent true and correct copies of documents which are in our files. These records were prepared in the ordinary course of business at or near the time of the act, condition or event.

DATED this _15th_ day of _May_, 2018.

_____
Custodian of Records

Subscribed and sworn to before me this _15th_ day of _May_, 2018.

_____
Notary Public

My Commission Expires:

_1/31/2022_

KRISTI L. UPHOFF
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2022

EXHIBIT **74** PAGE **14**

SEC-USB-P-0000029

# EXHIBIT 75



Trusted by some of the World's Best Brands

SANTA BARBARA
BANK & TRUST

Cargill

BOEING

correlation and root-cause analysis,
intrusion detection systems, and IT
security

EXHIBIT 75 PAGE 15

Trusted by some of the World's Best Brands

analysis, intrusion detection systems

enterprise management, event
correlation and root-cause analysis,
intrusion detection systems, and IT
security

environment, policies and pr

... configure and customize one of our monitoring environments

EXHIBIT 75 PAGE 16

**Hewlett Packard**
Enterprise

AVNET

LogMatrix

synchrony
FINANCIAL

Trusted by some of the World's Best Brands

analysis, intrusion detection systems

world-class resources across
enterprise management, event
correlation and root-cause analysis,
intrusion detection systems, and IT
security

workshops to define your
environment, policies and pro

EXHIBIT 75 PAGE 17