1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  SECURITIES AND EXCHANGE COMMISSION, | Case No. 18-4315 DSF (JPRx) |
| 15 | **ORDER APPROVING OF RECEIVER'S RETENTION OF KROLL CYBER SECURITY AS FORENSIC EXPERT AND INVESTIGATIVE CONSULTANT** |
| 16         Plaintiff, | |
| 17     vs. | |
| 18  TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE, | |
| 19 | |
| 20 | |
| 21 | |
| 22         Defendants. | |
| 23 | |

24
25
26
27
28

# ORDER
# RECOGNIZING AND APPROVING OF RECEIVER'S RETENTION OF KROLL CYBER SECURITY AS FORENSIC EXPERT AND INVESTIGATIVE CONSULTANT

On May 23, 2018, the Court entered an order temporarily freezing all assets of Defendant Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and/or affiliates (collectively the "Receivership Entities") and appointing Josias Dewey to serve as the Temporary Receiver (the "Receiver") for the Receivership Entities. Among other powers, that Order authorized the Receiver, among other things: "to choose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order . . . ." TRO at § XI(F).

On May 30, 2018, the Court entered a Preliminary Injunction and Order, *inter alia*, appointing Mr. Dewey as the Permanent Receiver. D.E. No. 48 (the Preliminary Injunction ("PI") Order). The PI Order authorizes the Receiver, among other things: "to choose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Preliminary Injunction, including but not limited to, the law firm in which the receiver is a partner." PI Order at Section XI(F).

On June 4, 2018, the Receiver filed a Notice and Request For Order giving notice and requesting the Court's approval of its retention of Kroll Cyber Security as his Forensic Expert and Investigative Consultant in this matter.

After considering the Receiver's Notice and Request For Order, the Receiver's request is **GRANTED**. The Court hereby approves of the Receiver's retention of Kroll Cyber Security to assist him as needed to carry out his duties on the terms set forth in the Notice and Request For Order.

1 **SO ORDERED**.

2 June 6, 2018

*Dale S. Fischer*

**DALE S. FISCHER**
**UNITED STATES DISTRICT JUDGE**

2