HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
vince.farhat@hklaw.com
Kristina S. Azlin (SBN 235238)
kristina.azlin@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile  213.896.2450

Jose A. Casal (*pro hac vice*)
jose.casal@hklaw.com
Mitchell E. Herr (*pro hac vice*)
mitchell.herr@hklaw.com
701 Brickell Avenue. Suite 3300
Miami, Florida 33131
Telephone 305.789.7736

*Attorneys for Josias Dewey, Court-appointed Receiver for Receivership Entities*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>Defendants. | Case No. 18-4315 DSF (JPRx)<br><br>**CERTIFICATION OF COUNSEL IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

#60720133_v5

# **CERTIFICATION IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Jose Casal, counsel to the Receiver in the above-captioned matter and in connection with the First Interim Fee Application of Holland & Knight LLP therein, do hereby certify as follows:

(a) I have read the Application;

(b) to the best of my knowledge, information and belief formed after reasonable inquiry, the application and all fees and expenses in it are true and accurate and comply with the SEC Billing Instructions;

(c) all fees contained in the application are reasonable, necessary and commensurate with the skill and experience required for the activity performed;

(d) the amount for which reimbursement is sought does not include the amortization of the cost of any investment, equipment, or capital outlay; and

(e) the requests for reimbursement of services that were justifiably purchased or contracted for from third parties (such as copying, imaging, bulk mail, messenger service, overnight courier, computerized research, or title and lien searches) include only the amount billed to Holland & Knight LLP by the third-party vendor and paid by Holland & Knight LLP to such vendor.

Dated: February 28, 2019

/s/ *Jose Casal*

Jose Casal (*pro hac* vice)
Kristina S. Azlin (SBN 235238)
Holland & Knight LLP
Counsel for Josias N. Dewey, Court-appointed permanent receiver for Defendant Titanium Blockchain Infrastructure Services, Inc.

*Attorneys for Josias Dewey, Court-appointed Receiver for Receivership Entities*

#60720133_v5

1