# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>        Defendants. | Case No. 18-4315 DSF (JPRx)<br><br>**[*PROPOSED*] ORDER GRANTING FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

#60720133_v5

2

# [*PROPOSED*] ORDER GRANTING FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

The First Interim Fee Application of Holland & Knight LLP, as Counsel to Receiver, for Allowance of Compensation and Reimbursement of Expenses (the "Application" filed by Holland & Knight LLP ("H&K"), counsel to Josias Dewey, as Court-appointed Receiver (the "Receiver") for the estates of Defendant Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and/or affiliates (collectively, the "Receivership Entities"), came on for hearing on Monday, April 1, 2019. Appearances were as noted on the record.

The Court having received and read the Application, including any supporting declarations filed therewith and objections filed thereto, and being so advised in the matter and finding good cause, orders as follows:

IT IS ORDERED that the Application of H&K is granted.

IT IS FURTHER ORDERED that H&K's fees and expenses for the First Application Period are allowed and approved, on an interim basis, in the amounts of $52,828.49 and $72,171.51 respectively.

IT IS FURTHER ORDERED that the Receiver is authorized and directed to pay H&K $125,000 in fees and expenses from assets of the Receivership Entities, which amount reflects the fee cap applicable to the first thirty (30) days of the receivership.

**SO ORDERED.**

_____, 2019

_____
**DALE S. FISCHER**
**UNITED STATES DISTRICT JUDGE**