HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
vince.farhat@hklaw.com
Kristina S. Azlin (SBN 235238)
kristina.azlin@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450

Jose A. Casal (*pro hac vice*)
jose.casal@hklaw.com
Mitchell E. Herr (*pro hac vice*)
mitchell.herr@hklaw.com
701 Brickell Avenue. Suite 3300
Miami, Florida 33131
Telephone 305.789.7736

*Attorneys for Josias Dewey, Court-appointed Receiver for Receivership Entities*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>Defendants. | Case No. 18-4315 DSF (JPRx)<br><br>**NOTICE OF RULING AND AMENDED [*PROPOSED*] ORDER ON FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**[FRCP 66; L.R. 66-7]**<br><br>Date: Mon., April 1, 2019<br>Time: 1:30 pm<br>Ctrm: 7D<br>Judge: Hon. Dale S. Fischer |

#66800062_v1

**NOTICE OF RULING AND AMENDED [*PROPOSED*] ORDER**

TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 1, 2019, the First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") of Holland & Knight LLP ("H&K"), as counsel to Josias Dewey, Court-appointed Receiver (the "Receiver") for the estates of Defendant Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and/or affiliates (collectively, the "Receivership Entities"), came on for hearing before the Honorable Dale S. Fischer in department 7D of the aforementioned U.S. District Court.  Appearances were as noted on the record.

PLEASE TAKE FURTHER NOTICE that the Court, having received and read the Application and related filings, and having heard oral argument from the appearing counsel, and finding good cause, partially granted the Application and directed H&K to submit an Amended Proposed Order reflecting the Court's ruling, which is attached hereto as Exhibit "1."  As set forth in the attached [Proposed] Order, please take notice that the Court has ruled as follows:

- The Application of H&K is partially granted.  Specifically, H&K's fees and expenses for the First Application Period are allowed and approved, on an interim basis, in the amounts of $52,828.49 for attorneys' fees (as incurred by H&K) and $66,451.25 for expenses (which reflects the amount invoiced for forensic services rendered by Kroll Cyber Security), which totals $119,279.74.
- H&K is directed to submit supplemental evidence in support of the remainder of expenses requested for the timeframe covered by the Application.
- The Receiver is authorized and directed at this time to pay H&K $119,279.74 in fees and expenses from assets of the Receivership Entities.

//

#66800062_v1

1

| | |
|---|---|
| Dated: April 3, 2019 | Respectfully submitted, |
| | /s/ *Kristina S. Azlin* |
| | Jose Casal (*pro hac* vice) |
| | Kristina S. Azlin (SBN 235238) |
| | Holland & Knight LLP |
| | Counsel for Josias N. Dewey, Court-appointed permanent receiver for Defendant Titanium Blockchain Infrastructure Services, Inc. |
| | *Attorneys for Josias Dewey, Court-appointed Receiver for Receivership Entities* |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope St., 8th Floor, Los Angeles, California 90071.

On April 3, 2019, I served the document described as **NOTICE OF RULING AND AMENDED [*PROPOSED*] ORDER ON FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** on the interested parties in this action as follows:

> [X] (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d)(3) and Local Rule 5-4, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed document(s) to the U.S. District Court Central District of California's Electronic Case Filing (CM/ECF) system on this date.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 3, 2019, Los Angeles, California.

/s/
Kristina S. Azlin (SBN 235238)