# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>　　　　　Defendants. | Case No. CV 18-4315 DSF (JPRx)<br><br>**AMENDED ORDER PARTIALLY GRANTING FIRST INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**<br><br>**Hearing Date:  April 1, 2019** |

#66780660_v2

The First Interim Fee Application of Holland & Knight LLP, as Counsel to Receiver, for Allowance of Compensation and Reimbursement of Expenses (the "Application" filed by Holland & Knight LLP ("H&K"), counsel to Josias Dewey, as Court-appointed Receiver (the "Receiver") for the estates of Defendant Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and/or affiliates (collectively, the "Receivership Entities"), came on for hearing on Monday, April 1, 2019. Appearances were as noted on the record.

The Court having received and read the Application, including any supporting declarations filed therewith and objections filed thereto, and being so advised in the matter and finding good cause, orders as follows:

- The Application of H&K is partially granted. Specifically, H&K's fees and expenses for the First Application Period are allowed and approved, on an interim basis, in the amounts of $52,828.49 for attorneys' fees (as incurred by H&K) and $66,451.25 for expenses (which reflects the amount invoiced for forensic services rendered by Kroll Cyber Security), which totals $119,279.74.
- H&K is directed to submit supplemental evidence in support of the remainder of expenses requested for the timeframe covered by the Application.
- The Receiver is authorized and directed at this time to pay H&K $119,279.74 in fees and expenses from assets of the Receivership Entities.

IT IS SO ORDERED.

Date: April 4, 2019

_____
Dale S. Fischer
United States District Judge

#66780660_v2                                1