Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>Defendants. | Case No. 18-cv-4315 DSF (JPRx)<br><br>**[*PROPOSED*] ORDER APPROVING CLAIMS PROCESS AND BAR DATE** |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

# [*PROPOSED*] ORDER
## APPROVING CLAIMS PROCESS AND BAR DATE

Before the Court is the Motion of Josias N. Dewey, as Court-appointed Receiver for the estate of Defendant Titanium Blockchain Infrastructure Services, Inc. seeking approval of the claims process: (i) defining the eligible claimant class; (ii) giving notice of via electronic means; (iii) receiving claims via electronic means; (iv) validating claims using blockchain transactional data; (v) receiving and considering claims determination objections; and (vi) establishing the Claims Bar Date and Claims Process timeframe.

The Court having received and read the Motion, being so advised in the matter and finding good cause, hereby orders that the Motion is in all respects **GRANTED**.

**I.  Notice Procedure and Timeframe.**

The Notice Procedures and Claims Process timeframe proposed in the Motion are approved. Within 30 days after entry of this Order, the Receiver shall publish the Claims Process Notice, apprising Claimants of the Bar Date and pendency of the Claims Process as described in the Motion, including at the Receiver's website: https://tbis.io/. These approved notice procedures will provide adequate and sufficient notice of the Bar Date and satisfy due process requirements.

**II.  Claim File Requirements, Release, and Bar Date.**

All claimants of the Receivership Entities must file claims on or before 11:59 p.m. (Pacific Time) 90 calendar days following publishing of the Claims Process Notice (the Claims "Bar Date"). Unless excepted with good cause at the discretion of the Receiver, Claimants must submit claims using the Receiver's online claim system using the form exemplified in Exhibit B of this order. The Receiver's online claim system will be published at an internet address included in the Receivers notice of claims process.

The Receiver is authorized to obtain the release from each Claimant desiring to receive a distribution on their claim by including the release in the claims form.

Claimants wishing to submit claims via alternative means, object to the Receiver's

Claim Determination, or request any other deviation from the standard Claims Process procedure or time requirements, should contact the Receiver at tbis@hklaw.com.

### III. Claims Determination Process and Objections.

The Receiver will establish the claim amount based on available transactional data, Claim Form information, and supporting documentation. The Receiver will provide the Claim Determination to Claimants electronically or as otherwise agreed.

Claimants must submit Claim Determination objections to tbis@hklaw.com on or before 11:59 pm (Pacific Time) 100 calendar days following publishing of the Claims Process Notice. The Receiver will evaluate objections and respond with the Receiver's determination within 5 calendar days after receipt of an objection.

### IV. Failure to Respond by Bar Date or Timely Object to Claim Determinations will Bar Claims.

Claimants failing to timely file claims or timely object to the Receiver's Claim Determination of their respective claims are forever barred, estopped, and enjoined from later asserting such claims against the TBIS Receivership Estate. The TBIS Receivership Estate will be forever discharged from any and all indebtedness or liability arising from such claims.

### V. Distribution.

After the Receiver determines all claims and objections, the Receiver will determine the proposed distribution amount based on the total value of eligible claims, types of claims, and available assets, and submit a distribution proposal to the Court.

*[PROPOSED]* **ORDER APPROVING CLAIMS PROCESS AND BAR DATE**

**VI.  Miscellaneous**

This Order is immediately effective and enforceable upon entry. The Receiver is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion. The Court retains exclusive jurisdiction with respect to all matters related to this Order's implementation.

**SO ORDERED.**

_____, 2020         _____
                              DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

*[PROPOSED]* **ORDER APPROVING CLAIMS PROCESS AND BAR DATE**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope Street, 8th Floor, Los Angeles, CA 90071.

On **July 28, 2020**, I served the document described as Receiver's *[PROPOSED]* **ORDER APPROVING CLAIMS PROCESS AND BAR DATE** on the interested parties in this action as follows:

[X] (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d)(3) and Local Rule 5-4, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed document(s) to the U.S. District Court Central District of California's Electronic Case Filing (CM/ECF) system on this date.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 28, 2020**, Los Angeles, California.

/s/*Kristina S. Azlin*
Kristina S. Azlin

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

*[PROPOSED]* ORDER APPROVING CLAIMS PROCESS AND BAR DATE