1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 18-4315 DSF (JPRx) |
| Plaintiff, | **ORDER GRANTING SECOND INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |
| vs. | |
| TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE, | |
| Defendants. | |

The Court, having considered the unopposed Second Interim Fee Application of Holland & Knight LLP, as Counsel to Receiver, for Allowance of Compensation and Reimbursement of Expenses filed by Holland & Knight LLP (H&K), counsel to Josias Dewey, as Court-appointed Receiver for the estates of Defendant Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and affiliates (collectively, the Receivership Entities), and finding good cause, orders as follows:

IT IS ORDERED that the Application of H&K is granted.

IT IS FURTHER ORDERED that H&K's fees and expenses for the Second Application Period are allowed and approved, on an interim basis, in the amounts of $138,865.27 for attorney's fees and $16,734.49 for expenses, which totals $155,599.76.

IT IS FURTHER ORDERED that the Receiver is authorized and directed at this time to pay H&K $155,599.76 in fees and expenses from assets of the Receivership Entities.

IT IS SO ORDERED.

DATED:  September 8, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

---

1
ORDER RE SECOND INTERIM FEE APPLICATION
OF COUNSEL FOR RECEIVER