# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TITANIUM BLOCKCHAIN INFRASTRUCTURE SERVICES, INC.; EHI INTERNETWORK AND SYSTEMS MANAGEMENT, INC. aka EHI-INSM, INC.; and MICHAEL ALAN STOLLERY aka MICHAEL STOLLAIRE,<br><br>　　　　Defendants. | Case No. 18-cv-4315 DSF (JPRx)<br><br>**ORDER GRANTING THIRD INTERIM FEE APPLICATION OF HOLLAND & KNIGHT LLP, AS COUNSEL TO RECEIVER, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES** |

1    Holland & Knight LLP (H&K), as counsel to Court-appointed Receiver Josias
2  Dewey, filed its Third Interim Fee Application for Allowance of Compensation and
3  Reimbursement of Expenses for the claims administration of the estates of Defendant
4  Titanium Blockchain Infrastructure Services, Inc. and its subsidiaries and/or affiliates
5  (collectively, the Receivership Entities) on August 10, 2022.
6    The Court, having received and read the Application, including any supporting
7  declarations, and finding good cause, orders as follows:
8    IT IS ORDERED that the Application of H&K is granted.
9    IT IS FURTHER ORDERED that H&K's fees and expenses for the Third
10 Application Period are allowed and approved, on an interim basis, in the amounts of
11 $155,858.40 in fees and $109,815.05 in expenses, which totals $265,673.45.
12   IT IS FURTHER ORDERED that the Receiver is authorized and directed at this
13 time to pay H&K $265,673.45 in fees and expenses from assets of the Receivership
14 Entities.

17   \_\_\_August 31\_\_\_, 2022           _____
                                         **HONORABLE DALE S. FISCHER**
                                         **UNITED STATES DISTRICT JUDGE**